# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

IN RE:                                                 CASE NO.: 22-14158
                                                                                         CHAPTER 13

April D Robinson,
  Debtor.
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-RS3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

                                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                   Authorized Agent for Secured Creditor
                                                   130 Clinton Rd #202
                                                   Fairfield, NJ 7004
                                                   Telephone: 470-321-7112

                                                   By: /s/Sindi Mncina
                                                         Sindi Mncina
                                                         Email: smncina@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on June 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

APRIL D ROBINSON
1021 KENYON AVENUE
PLAINFIELD, NJ 07060

And via electronic mail to:

HERBERT B. RAYMOND
7 GLENWOOD AVE
SUITE #408, 4TH FLOOR
EAST ORANGE, NJ 07017

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

                                            By: /s/ Brianna Carr