**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **April D Robinson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **22-14158** |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

| | | | |
|---|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $ | 909,900.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $ | 113,316.96 |
| | 1c. Copy line 63, Total of all property on Schedule A/B...................................................... | $ | 1,023,216.96 |

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

| | | | |
|---|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ | 1,275,615.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ | 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ | 74,964.00 |
| | **Your total liabilities** | $ | 1,350,579.00 |

### Part 3:  Summarize Your Income and Expenses

| | | | |
|---|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.................................................................... | $ | 7,646.22 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ | 7,237.82 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1    **April D Robinson**

the court with your other schedules.

Case number *(if known)*  **22-14158**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 5,620.70

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 74,379.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| | |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 74,379.00 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **April D Robinson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | 22-14158 | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                  12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

1.1

**86 Grandview Avenue**
Street address, if available, or other description

**North Plainfield      NJ      07063-0000**
City                     State      ZIP Code

**Somerset**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Two family property.  Subject to mortgage and various judgement liens. Purchased in April of 2004, consideration $270,000.00.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$384,900.00** | **$384,900.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property
(see instructions)

Debtor 1    **April D Robinson**                                                    Case number *(if known)*  **22-14158**

## 1.2  If you own or have more than one, list here:

**106 West Cherry Street**

Street address, if available, or other description

**Rahway**            **NJ**      **07065-0000**

City                State    ZIP Code

**Union**

County

**What is the property?** Check all that apply

☐ Single-family home

■ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Two family property.  Subject to mortgage and various judgement liens. Purchased in July of 2003, consideration $219,900.00.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**       **Current value of the portion you own?**

**$382,000.00**              **$382,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

## 1.3  If you own or have more than one, list here:

**1021 Kenyon Avenue**

Street address, if available, or other description

**Plainfield**          **NJ**      **07060-0000**

City                State    ZIP Code

**Union**

County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**This is my principal residence.  I am a 25% owner of the property along with my mother and two sisters.  The property is subject to a mortgage. Purchased in August 2019, consideration$417,000.00.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**       **Current value of the portion you own?**

**$572,000.00**              **$143,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

**$909,900.00**

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **April D Robinson** | | Case number *(if known)* | **22-14158** |

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Kia** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: **Sorento**

Year: **2014**

Approximate mileage: **174,000**

Other information:

No lien.  Vehicle in good condition.  Value as per Kelley Blue Book, June 2023.

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$4,613.00**

Current value of the portion you own? **$4,613.00**

| 3.2 | Make: | **GMC** |

Model: **Terrain**

Year: **2013**

Approximate mileage: **50,000**

Other information:

No lien.  Vehicle in good condition.  Value as per Kelley Blue Book, June 2023.  My daughter drives this vehicle.

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

☐ Check if this is community property
(see instructions)

**$10,224.00**     **$10,224.00**

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>     **$14,837.00**

**Part 3:  Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

Six rooms of miscellaneous used household goods     **$4,000.00**

**7.  Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

Three television sets , one laptop, one cellphone     **$800.00**

**8.  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No

Debtor 1    **April D Robinson**                                    Case number *(if known)*  **22-14158**

■ Yes.  Describe.....

| Record collection. figurine collection | $400.00 |
| --- | --- |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| One elliptical, one treadmill | $150.00 |
| --- | --- |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Everyday clothing | $300.00 |
| --- | --- |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneous used costume jewelery including but not limited to earrings, necklaces, rings, bracelets, necklaces and two watches | $300.00 |
| --- | --- |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes.  Give specific information.....

| Several used books , family pictures, wall pictures, miscellaneous cds and dvds | $100.00 |
| --- | --- |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................................**    | **$6,050.00** |

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes................................................................................................................

| Debtor 1 | **April D Robinson** | Case number *(if known)* | **22-14158** |

| | | **Cash on hand** | **$40.00** |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................

Institution name:

| 17.1. | **Savings Account.** | **Affinity Federal Credit Union.  Contains security deposits for tenants.  Not all estate property.** | **$8,000.00** |
| 17.2. | **Checking Account** | **Affinity Federal Credit Union** | **$50.00** |
| 17.3. | **Checking Account** | **Affinity Federal Credit Union** | **$200.00** |
| 17.4. | **Mobile payment service** | **Cash App** | **$0.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them...................

| | Name of entity: | % of ownership: | |
| | **Sidewalk University Economic Empowerment, LLC**<br>**Subsidiary of Sidewalk University, Inc. I am the 100% owner of this business.  Business conducts workshops and seminars relating to financial literacy.  No assets, employees, or receivables.  Business has never earned any profit.** | **100** % | **$0.00** |
| | **Generational Genius, LLC.**<br>**Business was opened for purposes of school consulting work. I am the 100% owner.  Only income is $750 to date.  Business has no assets, receivables, or employees.** | **100** % | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them

Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| Debtor 1 | **April D Robinson** | | Case number *(if known)* | **22-14158** |

| | Type of account: | Institution name: | |
|---|---|---|---|
| | **403(b)** | **403B retirement savings plan through employer, Youth Advocate Programs, Inc.** | **$16,000.00** |
| | **Roth IRA Retirement savings plan** | **Roth IRA retirement savings plan** | **$45,000.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c).

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
■ Yes. Give specific information......

| I am entitled to and is receiving child support benefits | Child support/Spous al support | $0.00 |
|---|---|---|

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

| Debtor 1 | **April D Robinson** | | Case number *(if known)* | **22-14158** |
|---|---|---|---|---|

☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term life insurance through New York Life Insurance Company** | **My daughter** | **$0.00** |
| **Whole life insurance through New York Life Insurance Company** | **My daughter** | **$1,897.50** |
| **Whole life insurance through New York Life Insurance Company** | **My daughter** | **$7,305.42** |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ■ Yes.  Describe each claim.........

| | |
|---|---|
| **I am owed $5,300 in past due rent from a current tenant, Mecca Brown.  I have a landlord-tenant action pending and I am in the process of evicting her.  However, I believe it unlikely that I will ever collect these funds or recover against her personally.** | **$0.00** |
| **Several days before the filing of the bankruptcy, I settled a personal injury action pending relating to a car accident that occurred in 2017.  I am represented by the Law Office of Birkhold and Maider, LLC, with offices located at 198 Franklin Avenue, Nutley, New Jersey.   Gross settlement amount is $25,000 and I am ste to receive $13,937.04, after costs and expenses of suit.** | **$13,937.04** |

**35. Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................................**

**$92,429.96**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.

| Debtor 1 | **April D Robinson** | Case number *(if known)* **22-14158** |
|---|---|---|

■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☐ No
■ Yes. Describe.....

| I am owed past due rent from several former tenants who had resided in properties owned by me and failed to pay rent. I am not actively seeking to collect funds due. Any collection of past due funds is highly contingent and unlikely. I am owed about $10,000 in unpaid rent. | $0.00 |
|---|---|

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
■ No
☐ Yes. Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes. Describe.....

**41. Inventory**
■ No
☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
■ No
☐ Yes. Give specific information about them....................
        Name of entity:               % of ownership:

**43. Customer lists, mailing lists, or other compilations**
■ No.
☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ■ No
    ☐ Yes. Describe.....

**44. Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here..................................................................................................................**  $0.00

**Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.

| Debtor 1 | **April D Robinson** | Case number *(if known)* | **22-14158** |

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  |  **$0.00**

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ........................................................................................................  |  **$909,900.00**

56. **Part 2: Total vehicles, line 5**  |  **$14,837.00**
57. **Part 3: Total personal and household items, line 15**  |  **$6,050.00**
58. **Part 4: Total financial assets, line 36**  |  **$92,429.96**
59. **Part 5: Total business-related property, line 45**  |  **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**  |  **$0.00**
61. **Part 7: Total other property not listed, line 54**  | + |  **$0.00**

62. **Total personal property. Add lines 56 through 61...**  |  **$113,316.96**  |  Copy personal property total  |  **$113,316.96**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**  |  **$1,023,216.96**

In re    **April D Robinson**                                          Case No.    **22-14158**
                              Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A

**Debtor(s) asserts, in addition to the disclosures set forth in the petition, as follows:**

**(In this statement, the term 'I' shall mean 'We' in the event the filing is a joint filing)**

**1. Other than the personal injury action listed, I have no personal injury cases nor do I contemplate bringing an action against anyone for an injury to myself, property or otherwise. I have also not been involved in any injury cases within the past three years.**

**a. I also have no employment related claims such as employment discrimination, workers compensation, sexual harassment, nor have I been involved in any such claim within the past three years.**

**2. I do not own any real estate other than the property located at 86 Grandview Ave., North Plainfield, New Jersey, 106 West Cherry Street, Rahway, New Jersey, and 1021 Kenyon Avenue, Plainfield, New Jersey. Real estate includes, but is not limited to a house, vacant land, land or a house outside the country, condominium unit, cooperative or a timeshare unit.**

**3. I do not expect to receive any inheritances and understand that if I am to receive an inheritance I must notify our attorney about it immediately so that the after acquired asset may be scheduled on the petition.**

**4. Other than Generational Genius, LLC., and Sidewalk University Economic Empowerment, LLC, I do not have any interest in a business, nor have I been involved in any businesses in the past four years.**

**5. I do not have any other sources of income other than as listed on my petition no one lives with me that contributes to my monthly expenses except for my mom and sisters, as the mortgage against the residential property.**

**6. Other than the short sale of property which I owed at 448 Catalpa Ave, North Plainfield, New Jersey, I have not transferred any real property (house, etc., see above for definition) or personal property (such as a car, boat, money) to anyone within the past three years or to any related party (such as a brother, sister, friend or relative) within the past ten years.**

**7. I have never filed any other bankruptcy cases other than cases other than cases 17-21145 and 13-32446.**

8. I have scheduled as creditors, everyone that I owe money to and I understand that I must, without exception, notwithstanding the nature of the debt (ie, personal loan, credit union loan, credit card debt), list, as a creditor anyone that I owe money to even if the debt cannot be wiped out and/or if I want to continue to pay the obligation. There will be an additional fee for any creditor added to the petition and if a creditor is not scheduled, it may not be discharged. Furthermore, it is contrary to the law to fail to schedule an obligation, the obligation to schedule someone that I/we owe money to is required under the bankruptcy law and part of the bankruptcy petition.

9. That I am not the co-signer or guarantor of anyone else's debt other than my mother and sisters on the residential mortgage.

10.  That I do not owe any money to the  Internal Revenue Service  and/or State of New Jersey, Division of Taxation.

11. I understand, that if the plan is set up to provide for a loan modification, that there is no guarantee that the mortgage company will offer us a loan modification in which case, generally speaking, my only way to save the property is to cure the arrearage over the life of the plan, which may or may not be feasible.

12. I understand that during the pendency of the case, if I acquire any property, including but not limited to real estate, inheritances, personal injury cases, employment cases, lottery winnings or any other asset, of any material value, defined as a value of more than $1,000, I must notify our attorneys immediately to schedule the asset and that should I fail to notify our attorneys, I risk losing the asset and/or being criminally prosecuted. I understand that any such post-petition (something that I acquire or obtain after this case is filed) asset may be considered part of my bankruptcy estate in which case I may have to pay more money to creditors in my bankruptcy case. I also understand that should there be any material change in my financial circumstances (like for example where I am making considerably more money or earning considerably less money), for the better or worse, over the course of the plan, we must notify our attorneys. A material change is defined as a considerable change in my finances such that my income increases or decreases considerably or my expenses considerably increase or decrease. Finally, I understand that I cannot obtain any credit (like buying a car or obtaining a credit card or obtaining a student loan), during the life of the case without Court or Trustee permission. That also means I cannot use any credit card that may not have had a balance due at the time the case was filed or obtain any new credit I am offered and if I do, my case may be subject to dismissal or conversion to Chapter 7.

a. As to any lawsuit or action that was originally scheduled/listed in my bankruptcy petition, any attorney representing me in that lawsuit must be retained through the Bankruptcy Court (approved by the Court). I must notify my bankruptcy attorneys of any changes pertaining to the lawsuit listed in the petition such as, but not limited to any settlement negotiations or any judgment. Failure to report any settlement(s) of any lawsuit existing at the time of filing, may result in the dismissal of my case or conversion to Chapter 7.

13. I understand that various obligations, such as, but not limited to student loans, child support, debts incurred by fraud, income taxes in various instances, and criminal fines are non-dischargeable, meaning that they cannot be wiped out in bankruptcy and continue to accrue interest and other costs and will be due when my bankruptcy is completed. I should consult my attorney for other types of obligations that may be deemed non-dischargeable.

a. I understand that if I failed to file any tax return, whether state or federal when due, that the obligation, plus interest and costs, may accrue during the course of the bankruptcy case and be due when the case is completed. So if a tax return was not filed when due, the tax obligation, and any interest and/or costs that accrue under non-bankruptcy law will be due once the case is completed, notwithstanding the classification in the case of the obligation as a priority, unsecured or secured claim.

14. No one is holding real property (such as a house) or personal property (non-real estate asset) that really belongs to me, i.e. that I really own.

15. I understand that if there are liens (such as mortgages) or judgments against my property, that were addressed in the bankruptcy, that there will be an additional fee and cost, upon plan completion, to discharge and/or cancel the judgment and/or lien. I also understand that there may be an additional fee for any motion to determine that I am current with direct payment obligations.

16. I understand that my attorney has no control over my credit score as it pertains to the bankruptcy, in other words, that by filing a bankruptcy, my credit score may remain the same, increase or decrease and my attorney has no control on that as it is based on external events.

17. I waive the right to a title report, which may show the priority of a mortgage against the property or other liens against the property.

18. I understand that a separate step or action must be taken, either in the bankruptcy court or otherwise, to discharge or cancel a judgment. The bankruptcy will wipe out personal liability as to a judgment, but a motion (for an additional fee and cost) must be filed to discharge and cancel a

judgment. I understand that if I have judgments entered against me, and in particular docketed judgments ("DJ" or "J"), these judgments of record will not be automatically vacated with the appropriate court upon completion of the case, despite the discharge of the underlying personal liability of such judgments. Despite personal liability of these debts being discharged, these judgments of record may pose credit or title issues down the road, and additional steps would have to be taken, for additional costs, to vacate these judgments of record with the appropriate court of judgment. Furthermore, with respect to docketed judgments, these judgments create liens on whatever real estate is owned by me at the time of the filing of the bankruptcy. These liens will not be discharged upon completion of the case, unless additional steps, at additional cost, are taken to wipe out these liens.

19. I have reviewed and read the entire petition and it includes all of my assets (the things that I own whether real property or personal property) and all of my liabilities (that is the people or companies that I owe money to). I have also read and understand the bankruptcy information statement describing the different forms of bankruptcy, the effect of bankruptcy on my credit and the reaffirmation process. I understand that I am solely responsible for the contents of my bankruptcy petition and the information contained on the petition and I have thoroughly reviewed the entire petition on my own and then with my attorney, separately, and I signed the bankruptcy petition in my attorneys presence and I realize that this document is executed as if I am under an oath and required to be truthful. I have also provided my attorney with documents consistent with the bankruptcy filing such as, but not limited to tax returns, pay advices, bank statements, appraisals, mortgage statements and insurance information, if applicable. All of the information I have provided is truthful and accurate to the best of my knowledge, information and belief.

I understand that if the foregoing is not correct, I may not receive a discharge and I may be subject to criminal fines, imprisonment and/or penalties and that I have read and understand this statement and had the opportunity to question my attorney about anything included in the statement.


Dated: June 15, 2022

/S/ April Robinson

In re    **April D Robinson**                                                      Case No.    **22-14158**

Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment B

**As to the Kenyon Avenue property, this property is not subject to the judgments liens, because, by operation of federal and state law, it was acquired after the Chapter 7 discharge, and therefore the judgement liens do not affect the property.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **April D Robinson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 22-14158 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **86 Grandview Avenue North Plainfield, NJ 07063  Somerset County**<br>**Two family property.  Subject to mortgage and various judgement liens. Purchased in April of 2004, consideration $270,000.00.**<br>Line from *Schedule A/B*: **1.1** | $384,900.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **106 West Cherry Street Rahway, NJ 07065  Union County**<br>**Two family property.  Subject to mortgage and various judgement liens. Purchased in July of 2003, consideration $219,900.00.**<br>Line from *Schedule A/B*: **1.2** | $382,000.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |

| Debtor 1 | **April D Robinson** | | | Case number (if known) | **22-14158** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1021 Kenyon Avenue Plainfield, NJ 07060 Union County**<br>**This is my principal residence. I am a 25% owner of the property along with my mother and two sisters. The property is subject to a mortgage. Purchased in August 2019, consideration$417,000.00.**<br>Line from *Schedule A/B*: **1.3** | $143,000.00 | ■        $27,899.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2014 Kia Sorento 174,000 miles**<br>**No lien. Vehicle in good condition. Value as per Kelley Blue Book, June 2023.**<br>Line from *Schedule A/B*: **3.1** | $4,613.00 | ■        $4,450.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2014 Kia Sorento 174,000 miles**<br>**No lien. Vehicle in good condition. Value as per Kelley Blue Book, June 2023.**<br>Line from *Schedule A/B*: **3.1** | $4,613.00 | ■        $163.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2013 GMC Terrain 50,000 miles**<br>**No lien. Vehicle in good condition. Value as per Kelley Blue Book, June 2023. My daughter drives this vehicle.**<br>Line from *Schedule A/B*: **3.2** | $10,224.00 | ■        $1,311.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Six rooms of miscellaneous used household goods**<br>Line from *Schedule A/B*: **6.1** | $4,000.00 | ■        $4,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Three television sets , one laptop, one cellphone**<br>Line from *Schedule A/B*: **7.1** | $800.00 | ■        $800.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Everyday clothing**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■        $300.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Miscellaneous used costume jewelery including but not limited to earrings, necklaces, rings, bracelets, necklaces and two watches**<br>Line from *Schedule A/B*: **12.1** | $300.00 | ■        $300.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Several used books , family pictures, wall pictures, miscellaneous cds and dvds**<br>Line from *Schedule A/B*: **14.1** | $100.00 | ■        $100.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **April D Robinson** | | | Case number (if known) | **22-14158** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **403(b): 403B retirement savings plan through employer, Youth Advocate Programs, Inc.**<br>Line from *Schedule A/B*: **21.1** | $16,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Roth IRA Retirement savings plan: Roth IRA retirement savings plan**<br>Line from *Schedule A/B*: **21.2** | $45,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Child support/Spousal support: I am entitled to and is receiving child support benefits**<br>Line from *Schedule A/B*: **29.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(D)** |
| **Term life insurance through New York Life Insurance Company Beneficiary: My daughter**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| **Whole life insurance through New York Life Insurance Company Beneficiary: My daughter**<br>Line from *Schedule A/B*: **31.2** | $1,897.50 | ■ $1,897.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |
| **Whole life insurance through New York Life Insurance Company Beneficiary: My daughter**<br>Line from *Schedule A/B*: **31.3** | $7,305.42 | ■ $7,305.42<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |
| **Several days before the filing of the bankruptcy, I settled a personal injury action pending relating to a car accident that occurred in 2017.  I am represented by the Law Office of Birkhold and Maider, LLC, with offices located at 198 Franklin Avenue, Nut**<br>Line from *Schedule A/B*: **34.2** | $13,937.04 | ■ $27,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **April D Robinson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **22-14158** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.1** **BAC Home Loan Servicing**

Creditor's Name

Describe the property that secures the claim:

**106 West Cherry Street Rahway, NJ 07065  Union County**
**Two family property.  Subject to mortgage and various judgement liens. Purchased in July of 2003, consideration $219,900.00.**

| Column A | Column B | Column C |
|---|---|---|
| $440,633.00 | $382,000.00 | $58,633.00 |

**PO Box 650070**
**Dallas, TX 75266**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

| Debtor 1 | **April D Robinson** | | Case number (if known) | **22-14158** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| 2.2 | **Einhorn, Harris Ascher Barbarito Frost** | Describe the property that secures the claim: | **$100,000.00** | **$384,900.00** | **$0.00** |

Creditor's Name

**Ironson, PC
168 East Main Street
Denville, NJ 07834**

Number, Street, City, State & Zip Code

**106 West Cherry Street, Rahway, NJ; 86 Grandview Avenue, North Plainfield, NJ**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   **J-105336-13**        Last 4 digits of account number    **8513**

---

| 2.3 | **Midland Funding** | Describe the property that secures the claim: | **$14,400.00** | **$384,900.00** | **$0.00** |

Creditor's Name

**8875 Aero Drive Ste 200
San Diego, CA 92123**

Number, Street, City, State & Zip Code

**106 West Cherry Street, Rahway, NJ; 86 Grandview Avenue, North Plainfield, NJ**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   _____        Last 4 digits of account number    _____

---

| 2.4 | **New Century Financial** | Describe the property that secures the claim: | **$6,282.00** | **$384,900.00** | **$0.00** |

Creditor's Name

**110 S. Jefferson Road
Suite 104
Whippany, NJ 07981**

Number, Street, City, State & Zip Code

**106 West Cherry Street, Rahway, NJ; 86 Grandview Avenue, North Plainfield, NJ**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   **DJ-057113-1
2**        Last 4 digits of account number    **5711**

---

| Debtor 1 | **April D Robinson** | | | Case number (if known) | **22-14158** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.5 | **New Century Financial** | Describe the property that secures the claim: | **$5,884.00** | **$384,900.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**106 West Cherry Street, Rahway, NJ; 86 Grandview Avenue, North Plainfield, NJ**

**110 S. Jefferson Road
Suite 104
Whippany, NJ 07981**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Date debt was incurred**  **DJ-341745-1**  1      **Last 4 digits of account number**  **7711**

---

| 2.6 | **New Century Financial** | Describe the property that secures the claim: | **$2,327.00** | **$384,900.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**106 West Cherry Street, Rahway, NJ; 86 Grandview Avenue, North Plainfield, NJ**

**110 S. Jefferson Road
Suite 104
Whippany, NJ 07981**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Date debt was incurred**  **DJ-069753-1**  3      **Last 4 digits of account number**  **1712**

---

Debtor 1  **April D Robinson**                                        Case number (if known)  **22-14158**
_____
First Name        Middle Name          Last Name

| 2.7 | **PHH Mortgage** | Describe the property that secures the claim: | $494,271.00 | $384,900.00 | $109,371.00 |
|---|---|---|---|---|---|

Creditor's Name

> **86 Grandview Avenue North Plainfield, NJ 07063  Somerset County**
> **Two family property.  Subject to mortgage and various judgement liens. Purchased in April of 2004, consideration $270,000.00.**

**PO Box 13891**
**Philadelphia, PA 19162**
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number   **9029**

| 2.8 | **Rocket Mortgage/Quicken Loans** | Describe the property that secures the claim: | $200,000.00 | $572,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

> **1021 Kenyon Avenue Plainfield, NJ 07060  Union County**
> **This is my principal residence.  I am a 25% owner of the property along with my mother and two sisters. The property is subject to a mortgage.  Purchased in August 2019, consideration$**

**1050 Woodland Avenue**
**Detroit, MI 48226**
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number   _____

Debtor 1  **April D Robinson**                                    Case number (if known)  **22-14158**

First Name          Middle Name          Last Name

| 2.9 | **Wardlaw Hartridge School** | | Describe the property that secures the claim: | $11,818.00 | $384,900.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**106 West Cherry Street, Rahway, NJ; 86 Grandview Avenue, North Plainfield, NJ**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**1295 Inman Avenue Edison, NJ 08820**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**DJ-200221-1**

**Date debt was incurred**   **1**          **Last 4 digits of account number**   **3110**

---

Add the dollar value of your entries in Column A on this page. Write that number here:   | **$1,275,615.00** |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   | **$1,275,615.00** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]     Name, Number, Street, City, State & Zip Code
        **BAC Home Loan**
        **PO Box 650070**
        **Dallas, TX 75266**

        On which line in Part 1 did you enter the creditor?  **2.1**

        Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **Bank of America**
        **P0 Box 30610**
        **Los Angeles, CA 90030**

        On which line in Part 1 did you enter the creditor?  **2.1**

        Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **Bank of America**
        **PO Box 982238**
        **El Paso, TX 79998**

        On which line in Part 1 did you enter the creditor?  **2.1**

        Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **Bank of America**
        **100 N Tyon Street**
        **Charlotte, NC 28255**

        On which line in Part 1 did you enter the creditor?  **2.1**

        Last 4 digits of account number ___

[ ]     Name, Number, Street, City, State & Zip Code
        **Bayview Loan Servicing**
        **4425 Ponce De Leon Blvd.**
        **5th Floor**
        **Miami, FL 33146**

        On which line in Part 1 did you enter the creditor?  **2.1**

        Last 4 digits of account number ___

Debtor 1  **April D Robinson**
First Name            Middle Name            Last Name

Case number (if known)   **22-14158**

[ ]
Name, Number, Street, City, State & Zip Code
**Bayview Loan Servicing**
**62516 Collection Center Drive**
**Chicago, IL 60693**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

[ ]
Name, Number, Street, City, State & Zip Code
**PHH Mortgage**
**1500 Commerce Parkway**
**Mount Laurel, NJ 08054**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

[ ]
Name, Number, Street, City, State & Zip Code
**PHH Mortgage**
**1 Mortgage Way**
**Mount Laurel, NJ 08054**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

[ ]
Name, Number, Street, City, State & Zip Code
**PHH Mortgage**
**PO Box 13891**
**Philadelphia, PA 19162**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

[ ]
Name, Number, Street, City, State & Zip Code
**PHH Mortgage**
**1661 Worthington Rd**
**West Palm Beach, FL 33409**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

[ ]
Name, Number, Street, City, State & Zip Code
**PHH Mortgage**
**1 Mortgage Way**
**Mount Laurel, NJ 08054**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

[ ]
Name, Number, Street, City, State & Zip Code
**PHH Mortgage LLC**
**1 Mortgage Way**
**Mount Laurel, NJ 08054**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

[ ]
Name, Number, Street, City, State & Zip Code
**PHH Mortgage Services**
**1661 Worthington Road**
**West Palm Beach, FL 33409**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

[ ]
Name, Number, Street, City, State & Zip Code
**PHH Mortgage Services Inc.**
**PO Box 5424**
**Mount Laurel, NJ 08054**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number ___

[ ]
Name, Number, Street, City, State & Zip Code
**Quicken Loans**
**Attn: Bankruptcy**
**1050 Woodward Avenue**
**Detroit, MI 48226**

On which line in Part 1 did you enter the creditor?  **2.8**

Last 4 digits of account number ___

[ ]
Name, Number, Street, City, State & Zip Code
**Quicken Loans**
**1050 Woodward Avenue**
**Detroit, MI 48226**

On which line in Part 1 did you enter the creditor?  **2.8**

Last 4 digits of account number ___

Debtor 1  **April D Robinson**                                                      Case number (*if known*)   **22-14158**

First Name          Middle Name          Last Name

[ ]    Name, Number, Street, City, State & Zip Code
       **Shellpoint Mortgage**                                    On which line in Part 1 did you enter the creditor?  **2.1**
       **55 Beattie Place**
       **Greenville, SC 29601**                                  Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
       **Shellpoint Mortgage Servicing**                         On which line in Part 1 did you enter the creditor?  **2.1**
       **Attn: Bankruptcy**
       **P0 Box 10826**                                          Last 4 digits of account number ___
       **Greenville, SC 29603**

[ ]    Name, Number, Street, City, State & Zip Code
       **Stern & Eisenberg P C**                                 On which line in Part 1 did you enter the creditor?  **2.7**
       **1040 N Kings Highway**
       **Suite 407**                                             Last 4 digits of account number ___
       **Cherry Hill, NJ 08034**

[ ]    Name, Number, Street, City, State & Zip Code
       **Stern & Eisenberg PC ESQ**                              On which line in Part 1 did you enter the creditor?  **2.7**
       **1581 Main Street**
       **Suite 200**                                             Last 4 digits of account number ___
       **Warrington, PA 18976**

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 7

In re   **April D Robinson**                                                                            Case No.    **22-14158**

Debtor(s)

## <u>SCHEDULE D - CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY</u>
### Attachment A

**As to the Midland obligation, this may not be a judgment lien entered against me.**

**Personal liability on judgments discharged in earlier Chapter 7 bankruptcy.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **April D Robinson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **22-14158** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Capital One, NA** | Last 4 digits of account number   **XXXX** | $0.00 |

**Capital One, NA**
Nonpriority Creditor's Name

**Bankruptcy Dept.**
**PO Box 5155**
**Norcross, GA 30091**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Credit Card Debts.  May be no liability owed.  Information obtained from a credit report.**

Debtor 1   **April D Robinson**

Case number (if known)   **22-14158**

---

| 4.2 | **Federal Loan Service** | Last 4 digits of account number   **0002** | **$41,000.00** |

Nonpriority Creditor's Name
**PO Box 69184**
**Harrisburg, PA 17106**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student Loan, Non-dischargeable obligation, i.e. cannot be wiped out in bankruptcy and continues to accrue interest and other charges**

---

| 4.3 | **Federal Loan Service** | Last 4 digits of account number   **0001** | **$33,379.00** |

Nonpriority Creditor's Name
**PO Box 69184**
**Harrisburg, PA 17106**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student Loan, Student Loan, Non-dischargeable obligation, i.e. cannot be wiped out in bankruptcy and continues to accrue interest and other charges**

---

| 4.4 | **Portfolio Recovery** | Last 4 digits of account number   **XXXX** | **$585.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 41067**
**Norfolk, VA 23541**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1  **April D Robinson**

Case number *(if known)*  **22-14158**

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Capital One, NA**
**Bankruptcy Dept.**
**PO Box 5155**
**Norcross, GA 30091**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Capital One, NA**
**Capital One Bank (USA) N.A.**
**P0 Box 30285**
**Salt Lake City, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Navient**
**P0 Box 9635**
**Wilkes Barre, PA 18773**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Portfolio Recovery**
**140 Corporate Blvd.**
**Norfolk, VA 23502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Portfolio Recovery**
**P0 Box 41067**
**Norfolk, VA 23541**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Sallie Mae Bankruptcy**
**220 Lasley Avenue**
**Wilkes Barre, PA 18706**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Sallie Mae Servicing**
**PO Box 4600**
**Wilkes Barre, PA 18773**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**US Department of Education**
**Atlanta Service Center**
**Atlanta Federal Center Tower**
**61 Forsyth Street SW , Room 19T89**
**Atlanta, GA 30303**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**US Department of Education**
**National Payment Center**
**PO Box 4142**
**Greenville, TX 75403**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Us Department of Education**
**PO Box 41309**
**Nashville, TN 37204**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Debtor 1  **April D Robinson** _____ Case number (if known) **22-14158**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Department of Education**<br>PO Box 530260<br>Atlanta, GA 30353 | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Department Of Education**<br>PO Box 81404<br>Atlanta, GA 30366 | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Department of Education**<br>**National Payment Center**<br>PO Box 4169<br>Greenville, TX 75403 | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 74,379.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 585.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 74,964.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **April D Robinson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 22-14158 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 <br> Name <br><br> Number     Street <br><br> City          State     ZIP Code | |
| 2.2 <br> Name <br><br> Number     Street <br><br> City          State     ZIP Code | |
| 2.3 <br> Name <br><br> Number     Street <br><br> City          State     ZIP Code | |
| 2.4 <br> Name <br><br> Number     Street <br><br> City          State     ZIP Code | |
| 2.5 <br> Name <br><br> Number     Street <br><br> City          State     ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **April D Robinson** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | 22-14158 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **Constance Eason**<br>**1021 Kenyon Avenue**<br>**Plainfield, NJ 07060**<br>**Sister** | ■ Schedule D, line __2.8__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Rocket Mortgage/Quicken Loans** |
| 3.2 **Georgia Brown**<br>**1021 Kenyon Avenue**<br>**Plainfield, NJ 07060**<br>**Mother** | ■ Schedule D, line __2.8__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Rocket Mortgage/Quicken Loans** |
| 3.3 **Joy Robinson**<br>**1021 Kenyon Avenue**<br>**Plainfield, NJ 07060**<br>**Sister** | ■ Schedule D, line __2.8__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Rocket Mortgage/Quicken Loans** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **April D Robinson** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | **22-14158** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | Occupation | **Behaviorial Support Specialist** | |
| | Employer's name | **Youth Advocate Programs, Inc.** | |
| | Employer's address | **45 Academy Street Newark, NJ 07102** | |
| | How long employed there? | **March 2013 to Present** | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $   **4,166.67** | $   **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$   **0.00** | +$   **N/A** |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $   **4,166.67** | $   **N/A** |

Debtor 1    **April D Robinson**                                                    Case number (*if known*)    **22-14158**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ **4,166.67** | $ **N/A** |

5.  **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $ **653.77** | $ **N/A** |
| 5b.  **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c.  **Voluntary contributions for retirement plans** | 5c. | $ **291.68** | $ **N/A** |
| 5d.  **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e.  **Insurance** | 5e. | $ **675.00** | $ **N/A** |
| 5f.  **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g.  **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h.  **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **N/A** |

6.  **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ **1,620.45**    $ **N/A**

7.  **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ **2,546.22**    $ **N/A**

8.  **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a.  **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **125.00** | $ **N/A** |
| 8b.  **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **242.00** | $ **N/A** |
| 8d.  **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| 8e.  **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| 8f.  **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ **0.00** | $ **N/A** |
| 8g.  **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| 8h.  **Other monthly income.** Specify:  **Income Tax Refund** | 8h.+ | $ **431.00** + | $ **N/A** |
| **Rental Income 86 Grandview Avenue** | | $ **1,352.00** | $ **N/A** |
| **Rental Income 106 W Cherry Street** | | $ **2,950.00** | $ **N/A** |

9.  **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ **5,100.00**    $ **N/A**

10.  **Calculate monthly income.** Add line 7 + line 9.    10.    $ **7,646.22** + $ **N/A** = $ **7,646.22**
     Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.  **State all other regular contributions to the expenses that you list in** *Schedule J.*
     Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
     Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
     Specify:                                                                        11.  +$ **0.00**

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
     Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ **7,646.22**

     **Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**
     ☐  No.
     ■  Yes. Explain:    **See attached**

In re **April D Robinson**                                                                Case No.   **22-14158**

Debtor(s)

## <u>SCHEDULE I - YOUR INCOME</u>
### Attachment A

I am currently in the process of evicting a tenant on the Grandview property.  Once evicted, I will have to make repairs to the property to prepare it to be rented again.  I should be able to obtain a tenant and rent the unit for $1600.  The repairs and re-renting of the property should occur within a period of one year or less, contingent on the time necessary to evict the individual who now resides in the premises and then make necessary repairs.

Rent as to all of the units will be increasing  2.5% to $4%.  This will provide another $60 to $118 per month on a going forward basis in the near future.

My self-employment income consists of  ad-hoc consulting work.  I facilitate workshops with schools regarding child assault prevention.  So far this year I have earned about $750.  The amount scheduled represents an year to date average,.  My consulting work is limited because my time is mainly consumed, outside of regular employment, caring for my elderly mother who lives with my sisters and me.  It may be the case that we hire a care preovider which  will allow time for the increase in consulting work.

Increase in plan payments after twelve months is premised mostly on the additional rent from the Grandview property and also the other factors noted above.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **April D Robinson** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | **22-14158** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**      ☐ No

Do not list Debtor 1 and       ■ Yes. Fill out this information for
Debtor 2.                               each dependent..............

Do not state the
dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ■ Yes |
| Daughter | 19 Years | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

■ No
☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                                              4.  $                          **833.00**

**If not included in line 4:**

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **0.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

| Debtor 1 | **April D Robinson** | | Case number (if known) | **22-14158** |

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 150.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 200.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 20.00 |
| 10. | **Personal care products and services** | | 10. | $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 20.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | | |
| | Do not include car payments. | | 12. | $ | 60.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 40.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** | | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 450.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 333.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | | |
| | Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | | |
| | Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: **Mortgage Payment (West Cherry)** | | 21. | +$ | 1,951.82 |
| | **Maintenance (West Cherry)** | | | +$ | 167.00 |
| | **Water/Gas (West Cherry)** | | | +$ | 300.00 |
| | **Mortgage Payment (Grandview)** | | | +$ | 1,561.00 |
| | **Maintenance (Grandview)** | | | +$ | 167.00 |
| | **Water/Trash (Grandview)** | | | +$ | 135.00 |
| | **Daughter's College Tuition** | | | +$ | 800.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses.** | | | |
| | 22a. Add lines 4 through 21. | | $ | 7,237.82 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 7,237.82 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 7,646.22 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 7,237.82 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 408.40 |

Debtor 1    **April D Robinson**                                          Case number (if known)    **22-14158**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
     modification to the terms of your mortgage?

     ☐ No.
     ■ Yes.     Explain here: **The scheduled payment, as to the mortgage, on my residence, represents a proportional
                share of the total monthly contribution towards the household expenses.**

                **My student loans are in forbearance.  The forebearance will expire in August of 2022.  When the
                forebearance expires, assuming no further forbearances are offered, I will work out a repayment plan.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **April D Robinson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | **22-14158** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

<u>Official Form 106Dec</u>
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X | **/s/ April D Robinson** | X | |
|---|---|---|---|
| | **April D Robinson** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |

Date   **June 15, 2022**                          Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **April D Robinson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **22-14158** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **448 Catalpa Avenue Plainfield, NJ 07063** | From-To: **For several years through August 2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

Debtor 1    **April D Robinson**                                    Case number *(if known)*   **22-14158**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $22,134.46 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $750.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $43,705.70 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $2,500.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $32,073.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $1,433.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental income | $25,812.00 | | |
| | Child Support | $1,213.00 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | Rental income | $30,000.00 | | |
| | Child Support | $2,912.00 | | |

Debtor 1   **April D Robinson**                                    Case number (*if known*)   **22-14158**

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For the calendar year before that:** (January 1 to December 31, 2020 ) | Rental income | $33,000.00 | | |
| | Child Support | $2,912.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.   Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

■ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Rider  University 2083 Lawrenceville Road Lawrence Township, NJ 08648** | **Ordinary course payments, on daughter's college tuition, within the last 90 days.** | $2,400.00 | $0.00 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **Daughter's College Tuition** |
| **New York Life Insurance Co. 1300 Piccard Drive., Ste. 202 Rockville, MD 20850** | **Ordinary course life insurance payments in the 90 days pre-petition.** | $1,350.00 | $0.00 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **Life insurance premium** |
| **BAC Home Loan Servicing PO Box 650070 Dallas, TX 75266** | **Ordinary course mortgage payments in the 90 days pre-petition on the West  Cherry property.** | $6,018.90 | $440,633.00 | ■ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |

Debtor 1   **April D Robinson**                                    Case number *(if known)*   **22-14158**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **NJ Manufacturers Insurance**<br>**301 Sullivan Way**<br>**Trenton, NJ 08628** | **Ordinary course auto insurance payments made in the 90 days pre-petition.** | **$999.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other __Auto insurance__ |
| **Suez Water**<br>**461 From Rd Ste 400**<br>**Paramus, NJ 07652** | **Ordinary course water payments on West Cherry property in the 90 days pre-petition** | **$750.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other __Utility charges__ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **The Bank of NY Mellon v. April Robinson**<br>**F-15500-15** | **Foreclosure Action as to the West Cherry property.** | **Union County Superior Court, Chanc Div.**<br>**2 Broad Street**<br>**Elizabeth, NJ 07201** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Final judgement vacated as loan modified** |

Debtor 1   **April D Robinson**                                          Case number *(if known)*   **22-14158**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **April Robinson v. David Scotti**<br>L-003333-19 | **Personal Injury** | **Union County Superior Court, Law. Div.**<br>**2 Broad Street**<br>**Elizabeth, NJ 07201** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Settled pre-petition, I will receive $13,937.04 after costs of suit???** |
| **The Bank of New York v April Robinson**<br>F-007917-20 | **Foreclosure relating to Grandview property** | **Union County Superior Court, Chanc. Div**<br>**2 Broad Street**<br>**Elizabeth, NJ 07201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Final judgement entered and sheriff's sale scheduled before filing** |
| **April Robinson v. Rose Mecca**<br>LT-000449-22 | **Landlord-Tenant Action regarding the tenant in the Grandview property** | **Somerset County Superior Court, S.C.P.**<br>**Landlord-Tenant Division**<br>**40 North Bridge Road**<br>**Somerville, NJ 08876** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **April Robinson v. Isaiah Fowler**<br>LT-001692-22 | **Landlord-Tenant Action regarding the West Cherry property** | **Union County Superior Court, S.C.P.**<br>**Landlord-Tenant Division**<br>**2 Broad Street**<br>**Elizabeth, NJ 07201** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Eviction relating to storage unit in basement** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Debtor 1 | **April D Robinson** | | Case number *(if known)* | **22-14158** |

| Part 5: | List Certain Gifts and Contributions |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
| --- | --- | --- | --- |

| Part 6: | List Certain Losses |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
| --- | --- | --- | --- |

| Part 7: | List Certain Payments or Transfers |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **Raymond and Raymond, Attorneys At Law**<br>**Attn: Herbert B. Raymond, ESQ.**<br>**7 Glenwood Avenue**<br>**Suite 408, 4th Floor**<br>**East Orange, NJ 07017**<br>**herbertraymond@gmail.com** | **$1,350 for chapter 13 petition including $950 legal fee, as well as $400 in actual costs and expenses including court filing fee and court required credit counseling course.  Balance of legal fees in the amount of $3,800 to be paid through the plan as an administrative expense.** | **May 23, 2022** | **$1,350.00** |
| **Access Counseling, Inc.**<br>**633 West 5th Street**<br>**Suite#26001**<br>**Los Angeles, CA 90071**<br>**www.debtorcc.org** | **$9.95 for court required credit counseling course.** | **May 23,  2022** | **$9.95** |

Debtor 1   **April D Robinson**                                    Case number *(if known)*   **22-14158**

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Dilone Properties, LLC**<br>**16 Mt. Bethel Road, #200**<br>**Warren, NJ 07059**<br><br>**None (arms length transaction)** | **I short sold property located at 448 Catalpa Avenue, North Plainfield, NJ, valued at approximately $242,000.** | **$242,000 was the purchase price. However, this was all paid to the mortgage company.  I received no cash back from the sale.** | **September 28, 2020** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Bank of America**<br>**Somerset Street**<br>**Plainfield, NJ 07063** | **Besides myself, just my mother Georgia Brown, who lives with me at 1021 Kenyon Ave., Plainfield, NJ.** | **Important papers and documents only.** | ☐ No<br>■ Yes |

Debtor 1    **April D Robinson**                                       Case number *(if known)*    **22-14158**

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

| Debtor 1 | **April D Robinson** | Case number *(if known)* | **22-14158** |

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Sidewalk University Economic Empowerment**<br>**1021 Kenyon Avenue**<br>**Plainfield, NJ 07060** | **Subsidiary of Sidewalk University, Inc.**<br>**I am the 100% owner. Business operated conducting workshops and seminars relating to financial literacy. Business has no assets, receivables, or employees. Business has never earned any profits.** | EIN:<br><br>From-To    **2009 to Present (Not operating)** |
| **Generational Genius, LLC**<br>**1021 Kenyon Avenue**<br>**Plainfield, NJ 07060** | **Business was opened for purposes of my school consulting work. I am the 100% owner. Only income is $750 to date. Business has no assets, receivables, or employees** | EIN:<br><br>From-To    **Opened this year, 2022** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ April D Robinson**
_____              _____
**April D Robinson**                                                   **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **June 15, 2022**                                    Date  _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1 __**April D Robinson**__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:    District of New Jersey

Case number __**22-14158**__
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 3,891.03 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 242.67 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from a business, profession, or farm | $ 0.00  Copy here -> | $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ 4,302.00 | |
| Ordinary and necessary operating expenses | -$ 2,815.00 | |
| Net monthly income from rental or other real property | $ 1,487.00  Copy here -> | $ 1,487.00 | $ |

| Debtor 1 | April D Robinson | | Case number *(if known)* | 22-14158 |

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

7. **Interest, dividends, and royalties** — $ 0.00 — $ ___

8. **Unemployment compensation** — $ 0.00 — $ ___

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ........................................................... $ 0.00

For your spouse .......................................... $ ___

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — $ 0.00 — $ ___

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____ — $ 0.00 — $ ___

_____ — $ 0.00 — $ ___

Total amounts from separate pages, if any. + $ 0.00 — $ ___

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 5,620.70 + $ ___ = $ 5,620.70

**Total average monthly income**

---

**Part 2:** Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11. ........................................... $ 5,620.70

13. **Calculate the marital adjustment.** Check one:

■ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____ $ ___

_____ $ ___

_____ +$ ___

Total — $ 0.00  Copy here=> - 0.00

14. **Your current monthly income.** Subtract line 13 from line 12. — $ 5,620.70

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=> ......................................................... $ 5,620.70

Debtor 1    **April D Robinson**                                    Case number (*if known*)    **22-14158**

|   |   |   |
|---|---|---|
| Multiply line 15a by 12 (the number of months in a year). |  | **x 12** |

15b.   The result is your current monthly income for the year for this part of the form.  ..........................................    $  **67,448.40**

16.   **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.    **NJ**

16b. Fill in the number of people in your household.    **2**

16c. Fill in the median family income for your state and size of household.    $  **92,669.00**
      To find a list of applicable median income amounts, go online using the link specified in the separate
      instructions for this form. This list may also be available at the bankruptcy clerk's office.

17.   **How do the lines compare?**

17a.   ■   Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under*
       *11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b.   ☐   Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. §*
       *1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy
       your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

18.   **Copy your total average monthly income from line 11 .**    $  **5,620.70**

19.   **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you
      contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your
      spouse's income, copy the amount from line 13.
      19a. If the marital adjustment does not apply, fill in 0 on line 19a.    –$  **0.00**

      19b.   **Subtract line 19a from line 18.**    $  **5,620.70**

20.   **Calculate your current monthly income for the year.**   Follow these steps:

20a. Copy line 19b    $  **5,620.70**

      Multiply by 12 (the number of months in a year).    **x 12**

20b. The result is your current monthly income for the year for this part of the form    $  **67,448.40**

20c. Copy the median family income for your state and size of household from line 16c    $  **92,669.00**

21.   **How do the lines compare?**

      ■   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment
          period is 3 years.* Go to Part 4.

      ☐   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The
          commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ April D Robinson**

   **April D Robinson**
   Signature of Debtor 1

Date   **June 15, 2022**
      MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Debtor 1    **April D Robinson**                                              Case number (*if known*)    **22-14158**

| Debtor 1 | **April D Robinson** | | Case number (*if known*) | **22-14158** |
| --- | --- | --- | --- | --- |

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **11/01/2021** to **04/30/2022**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Youth Advocate Programs, Inc.**
Year-to-Date Income:
Last Year:
Starting Year-to-Date Income:  **$35,763.42**  from check dated   **10/31/2021**   .
Ending Year-to-Date Income:  **$43,705.79**  from check dated   **12/31/2021**   .

This Year:
Current Year-to-Date Income:  **$15,403.83**  from check dated   **4/30/2022**   .

Income for six-month period (Current+(Ending-Starting)):  **$23,346.20**   .
Average Monthly Income:  **$3,891.03**   .


**Line 4 & 40 - Child support income (including foster care and disability)**
Source of Income: **Child support benefits**
Constant income of **$242.67** per month.


**Line 6 - Rent and other real property income**
Source of Income: **Rent- 86 Grandview Ave**
Constant income of  **1,352.00**   per month.
Constant expense of  **297.00**   per month.
Net Income  **1,055.00**  per month.


**Line 6 - Rent and other real property income**
Source of Income: **Rent: 106 W Cherry St.**
Constant income of  **2,950.00**  per month.
Constant expense of  **2,518.00**  per month.
Net Income  **432.00**  per month.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $78    | administrative fee |
|   | $278   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $78    | administrative fee |
|   | $313   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Herbert B. Raymond, Esq.**
**7 Glenwood Avenue, 4th Floor**
**East Orange, NJ 07017**
**1-973-675-5622**
**herbertraymond@gmail.com**

In Re:   **April D Robinson**

Case No.:   **22-14158**

Chapter:   13

Judge:

## DISCLOSURE OF CHAPTER 13 DEBTOR'S ATTORNEY COMPENSATION

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the debtor(s) and that compensation was paid to me within one year before the filed date of the petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in connection with this bankruptcy case is as follows:

■ Under D.N.J. LBR 2016-5(b), I have agreed to accept for all legal services required to confirm a plan, subject to the exclusions listed below, including administrative services that may occur postconfirmation, a flat fee in the amount of $ __4,750.00__ . I understand that I must demonstrate that additional services were unforeseeable at the time of the filing of this disclosure if I seek additional compensation and reimbursement of necessary expenses.

Legal services on behalf of the debtor in connection with the following are not included in the flat fee:

Representation of the debtor in:
- adversary proceedings,
- loss mitigation/loan modification efforts,
- post-confirmation filings and matters brought before the Court.

I have received:                                        $ __950.00__

The balance due is:                              $ __3,800.00__

The balance ■ will ☐ will not be paid through the plan.

☐ Under D.N.J. LBR 2016-5(c), I have agreed to accept for legal services provided on behalf of the debtor in this case, an hourly fee of $ ____. The hourly fee charged by other members of my firm that may provide services to this client range from $ ____ to $ ____. I understand that I must receive the Court's approval of any fees or expenses to be paid to me in this case post petition pursuant to D.N.J. LBR 2016-1.

I have received:                                        $ ____

2.      The source of the funds paid to me was:

■ Debtor(s)                    ☐ Other (specify below)

3.    If a balance is due, the source of future compensation to be paid to me is:

■ Debtor(s)                    ☐ Other (specify below)

4.    I ☐ have or ■ have not agreed to share compensation with another person(s) unless they are members of my law firm. If I have agreed to share compensation with a person(s) who is not a member of my law firm, a copy of that agreement and a list of the people sharing in the compensation is attached.

5.    (a) The Debtor(s) agree that coverage counsel may appear at hearings on their behalf in lieu of counsel retained by Debtor(s) as needed. If possible, Debtor's counsel will advise Debtor(s) of the use of coverage counsel for any hearings prior to that hearing. Debtor(s) acknowledge that coverage counsel may not be a member of my firm and may or may not be compensated for their appearance.

_____          _____
Debtor(s) Initials                    Debtor(s) Initials

        (b) The Debtor(s) DO NOT agree that coverage counsel may appear at hearings on their behalf in lieu of counsel retained by Debtor(s) as needed. All appearances related to the Debtor(s) matter will be made by me, the undersigned attorney, or members of my law firm.

**/s/ ADR**
_____          _____
Debtor(s) Initials                    Debtor(s) Initials

6.    The Debtor(s) have reviewed this Disclosure and it is consistent with the terms of the Retainer Agreement.

Date:  **June 15, 2022**                  **/s/ April D Robinson**
_____          _____
                                            **April D Robinson**
                                            Debtor

Date:  _____          _____
                                            Joint Debtor

Date:  **June 15, 2022**                  **/s/ Herbert B. Raymond, Esq.**
_____          _____
                                            **Herbert B. Raymond, Esq.**
                                            Debtor's Attorney

*rev. 8/1/21*

2

In re    **April D Robinson**                                                      Case No.    **22-14158**
_____
Debtor(s)

# Retainer Agreement

This shall constitute the fee arrangement between you, the client or Debtor(s) and the law firm, that is Herbert B. Raymond, Esq., Jeffrey M. Raymond, Esq., and Kevin L. DeLyon, Esq., dba Raymond and Raymond.  The fee you are being charged, pre-confirmation, is a set fee, with possible upward adjustment, contingent on services rendered.  The fee you are being charged is $4,750.00, plus filing fees and costs of approximately $400 (consisting of the court filing fee, the credit counseling fee and the credit reporting fee, i.e. actual costs of filing).

**Pre-Confirmation with Adjustment if Necessary:** The fee charged relates to pre-confirmation services only and is a set fee, in other words, it is a flat rate fee which may be adjusted upwards depending on the services rendered in the case.  The maximum amount, that the fee may be increased is to the sum of $4,750.00, a sum set by the Court, exclusive of costs. The Debtor consents and agrees to be charged this fee and understands that if the fee charged is less than the $4,750, that the attorneys/law firm, may amend the fee disclosure so that the increased fee is charged.  The amended fee disclosure statement, will be e-mailed or mailed to the Debtor/client.  By signing this agreement, despite the legal fee charged to you, you consent to a legal fee to be charged of up to $4,750, depending on the circumstances in the case (if additional services are rendered).

    A. Excluded Services: Services pertaining to loss mitigation or loan modification efforts and representation in adversary proceedings, is not included in the fees being charged.  The Court specifically excludes such fees from the flat rate charge.

        i. The legal fees for loss mitigation vary and the basic or standard charge is $1,500.00. This sum is in addition to the flat or set fee noted above.  There may also be additional fees pertaining to loss mitigation such as, but not including, fees for status conferences (charged at $300 to $500), loss mitigation extension or termination applications ($250 to $400) and motions to approve a loan modification ($750).

        ii. Representation in Adversary Proceedings: Fees pertaining to adversary proceedings are not included in the set fee and are covered in the section labeled Litigation below.

**Litigation:** In some circumstances, as determined by counsel, involving considerable litigation or matters which are substantially contested, such as but not limited to, complicated legal issues, adversary proceedings, legal briefing or plenary hearings (involving a contested factual issue such as, but not limited to a valuation hearing or contested confirmation issue), a request may be made, by the law firm, to the Court, for fees to be paid an hourly rate, which shall be the rate in effect, set by the firm, at the time the services are rendered to the Debtor.  Currently the maximum rate in effect is $350 per hour.  Alternatively, the law firm may charge a flat or set fee for such services, to be determined by counsel, at the time the services are rendered, based on the anticipated amount and complexity of the work to be performed.

**Appeal:** In no event will the fee cover an appeal and no appeal will be under-taken without another agreement between the Debtor and law firm and the payment of the required legal fees and costs of appeal, if required per the agreement.  The agreement may provide that legal fees only will be paid through the bankruptcy Chapter 13 plan as an administrative expense requiring no initial fee payment. Actual costs must be paid immediately by the client whether the fee is paid at the time of execution or through the plan.  The fee may be a set or flat fee, to be determined by counsel, at the time the anticipated services are rendered, based on the anticipated amount and complexity of the work to be performed. Alternatively, the fee may be premised on hourly billing at the current hourly rate in effect.

Fees for pre-confirmation services whether included or excluded, will be part of your Chapter 13 plan to the extent not paid initially and if the fee is for an excluded service or if the pre-confirmation fee is

increased due to the rendering of additional services, the Chapter 13 plan payment may increase.  By signing this agreement, you consent to the fees that are charged and to be included under the plan and the law firm will continue to represent you and make adjustment for the fees as necessary, depending on services rendered, and the fees will be part of your Chapter 13 plan and may result in an increase in plan payments.

**Unanticipated/Unforeseeable At the Time of Filing and/or Post-Confirmation:**  The fee noted above, whether flat rate, increased by adjustment or hourly, does not include any services rendered to you, if unanticipated/unforeseeable at the time of filing and/or after the approval (confirmation) of your plan.  Thus any service, including but not limited to services, other than those services deemed part and parcel of the original fee or plan, performed after the confirmation of your plan or that were unanticipated or unforeseeable at the time of your filing, may be charged to you, pursuant to the following schedule and are known as supplemental counsel fees:

        **a. Modified Plans: $500**

        **b. Motions Filed on Behalf of the Debtor: $750**

        **c. Defense of Trustee Motion(s) or Trustee Default Certification(s): $400**

        **d.  Stay Relief Motions or any Other Motion(s), Application(s) or Default Certifications Filed Against the Debtor: $400 to $650**

        **e. Retention Application(s): $350**

        **f. Notice of Settlement and/or Notice of Sale: $250**

        **g. Amendments to Petition For All Schedules Except Schedules I and J: $200 (Plus Actual Costs)**

        **i. Amendment(s) to Petition for Schedules I and/or J: $250 Per Schedule Plus Actual Costs, if applicable**

        **h. Additional Court Appearances Pertaining to Any of the Above or Below: $150**

        **i.  Preparation of Wage Order: $150**

        **j. Conversion of Case: Any amounts still due under the plan plus additional legal fees ($350 to $1,200) and actual costs of conversion such as amendment filing fee and conversion fee**

        **k. Filing of Proof of Claim on Behalf of Any Creditor: $275**

**These after confirmation and/or unanticipated/unforeseeable at the time of filing, supplemental legal fees are be charged to the Debtor/Client consistent with this schedule.  In very complicated or time consuming situations, like, for example, where a legal issue arises or where there is a contested factual issue necessitating a plenary hearing, the fee charged may be on an hourly basis, at the rate, in counsel's discretion, in effect at the time the service is rendered. Alternatively, the law firm may charge a flat fee for such services, to be determined at the time the services are rendered, based on the anticipated amount and complexity of the work to be performed. The Debtor(s) consents to the post-confirmation fees and/or unanticipated/unforeseeable at the time of filing fees to be charged, whether on an hourly basis, pursuant to this fee schedule (for an enumerated  or standard service) and/or on a set or flat fee basis, and the attorney will represent the Debtor(s) and charge the Debtor pursuant to the this schedule, with the legal fees, in most cases, to be added to the plan, unless the Debtor notifies the firm otherwise.  The additional fee, if made a part of the plan, may result in an increase in the Debtor's plan payment to the Trustee.**

**The fee schedule shall be inapplicable, should there be any major change to the Bankruptcy Code or**

other applicable law, in which case the law firm shall publish and retain a new schedule, for inspection and review by the client upon request.  The new fee schedule shall be implemented only in the case of a substantial change to the law and shall apply to all ongoing cases.

Costs: Actual costs of filing, such as, but not limited to the costs noted above (i.e. court filing fees, credit reporting fees, conversion fees, appeal fees, title report costs, debtor education course, loss mitigation web portal, amendment, reopening, case severing, judgment search, judgment cancellation or mortgage recording), must be paid by the Debtor/Client.   These actual costs must be paid by the Debtor and the actual cost must be paid to counsel before it is incurred, unless paid through the bankruptcy plan, if applicable.

Fees Due Upon Dismissal or Conversion: If your case is ever dismissed, you will still owe to the law firm any amounts due under the plan which have yet to be paid (unpaid amounts).  Similarly, upon conversion, the amounts still due under the plan, must be paid before conversion of your case to another chapter of the code, and you have agreed, by signing this agreement, we have no obligation to convert the case, until all fees and costs due to the firm are completely paid.

Irrevocable Assignment of Legal Fees and/or Costs:  The Debtor, by signing this statement, assigns his/her/their interest, in the funds held by the Trustee, to the extent Counsel is still owed legal fees or expenses, for services rendered or expenses incurred.  You hereby irrevocably assign to us your interest in all payments made to the Chapter 13 Trustee, to the extent of any balance due, subject to Court approval of such fees and/or expenses.  If your case is dismissed, or converted before our fees and/or expenses are paid in full, you agree to allow the Chapter 13 Trustee to pay the balance due to us directly from funds that would otherwise be returned to you, subject to Court approval of the fees and/or expenses.  This means that if the Chapter 13 Trustee is holding funds, from payments that you made into the case, at the time the case is converted or dismissed, you have agreed that those funds are assigned to us and that such funds will be paid to our firm on account of legal fees and/or costs still due and owing.

By signing this agreement, you agree to the fee structure noted above regarding the legal fees (flat, adjustment upward, hourly, post-confirmation and unanticipated/unforeseeable), and to the assignment of Legal Fees and/or Costs in the case.  By signing this agreement, I consent to the terms and accept the fee agreement and understand the fee arrangement.  This means that my attorney(s) will continue to represent me and any charges shall be consistent with this agreement.  I understand that effective legal representation means cooperating with my attorney by providing information, whether in the form of documents or information, and being forthright (honest).  I understand that should I fail to cooperate with my attorney in this manner or that if I am not forthright, I jeopardize the continuation of my case and my attorney may ask the Court to withdraw as my counsel.  There will be no refunds of any legal fees if the firm withdraws as counsel and there will be no refunds of any sums once the case is filed with the Court.

Designation of Contact: You must provide us, to be noted on this agreement, in this space with a cellular phone number and email address, so that we are able to contact you to discuss your case (including how to proceed in any situation) and provide you with information pertaining to your case.  You consent, by signing this agreement, to receiving and obtaining information about your case through email (thus we will send all correspondence and documents to you through email and not by regular mail except in exceptional circumstances) and to be contacted to discuss your case by phone, email and/or text message.  You are responsible for checking and receiving all messages through these methods and should you fail to respond to us, we will either:

a) Take the steps we deem necessary or appropriate in the situation to best represent you

b) File a request to no longer be your attorney

c) Not oppose relief requested in certain situations resulting in the loss of property and/or the dismissal of your case

**You must immediately notify us should there be any change in your email address or phone number, so that we may contact you when necessary.**

    <u>**Your Initials: AR**</u>

    <u>**Email address and cellular phone number:**</u>

**Title and Judgment Searches: If you own real estate (such as a house), we encourage you to obtain a title search and/or judgment search, to determine the encumberances against your property, in the case of a mortgage or other lien and/or to determine docketed judgments which operate as liens against the property.  We are not professional property evaluators and the only way to properly determine whether a lien exists, as to real estate, is to obtain a title search.  As to judgments, we also cannot properly determine judgments against you without a commercially obtained judgment search. The cost of a title report is several hundred dollars and a judgment search is typically less than $100.  If you wish to obtain a title report and/or judgment search, you must pay these costs to us initially.  By initialing this statement, you have indicated that you understand our recommendation to obtain these professional reports and that by not obtaining these reports we cannot properly determine liens, mortgages or judgments against real estate that you own [We may obtain information as to judgments, mortgages or liens through public records but cannot promise or guarantee that the information is correct, which may adversely affect you or ultimately result in additional costs or fees in your case or otherwise], which may seriously affect you should you ultimately want to sell or refinance the property.**

    <u>**Your Initials: AR**</u>

**If you do not own real estate, a judgment search is still a recommended course of action, since it may be the case that judgments entered against you form a cloud on title in the event you purchase or obtain real estate after your bankruptcy case is completed.  Judgments may also negatively affect your credit.**

    <u>**Your Initials: AR**</u>

**Dated: May 23, 2022**

**/s/  April Robinson**

**Debtor**

**/s/**

**Joint Debtor**

# United States Bankruptcy Court
### District of New Jersey

In re   **April D Robinson**                                                                            Case No.   **22-14158**
_____
                                    Debtor(s)                           Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **June 15, 2022**                                  **/s/ April D Robinson**
                                                                            **April D Robinson**
                                                                            Signature of Debtor