# RAYMOND & RAYMOND
### Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711
Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com

June 23, 2022

PHH Mortgage Corp.
1 Mortgage Way
Mount Laurel, NJ 08054
Attn: Officer, Managing
or General Agent or Any Other
Agent Authorized By Appointment
or By Law to Receive Service of Process
Attn: Robert B. Crowl, Ceo

Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee
30 Two Bridges Rd.
Fairfield, N.J. 07004

  Re: April D. Robinson, Debtor
    22-14158 RG
    Chapter 13
    Proceeding: Notice of Request for
        Loss Mitigation

To whom it may concern:

  This will confirm that the Court has scheduled a hearing on this application for July 20, 2022 at 10:00 A.M. at the U.S. Bankruptcy Court, 50 Walnut St., 3rd Floor, Newark, New Jersey 07102, Courtroom 3E, before the Honorable Rosemary Gambardella, U.S.B.J:

  Please mark your calendar accordingly and contact me should you have any questions.

        Very truly yours,
        /S/ HERBERT B. RAYMOND, ESQ.
        Raymond & Raymond, Esqs.
        By: Herbert B. Raymond, Esq.

Enc. Notices Regarding Rescheduled Hearing



Herbert Raymond <herbertraymond@gmail.com>

# Ch-13 22-14158-RG Notice of Docketing Error - April D Robinson
1 message

cmecf_help_desk@njb.uscourts.gov <cmecf_help_desk@njb.uscourts.gov>   Thu, Jun 23, 2022 at 2:04 PM
To: no-reply@njb.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

District of New Jersey

Notice of Electronic Filing

The following transaction was received from Heim, Robert entered on 6/23/2022 at 2:04 PM EDT and filed on 6/23/2022
**Case Name:**        April D Robinson
**Case Number:**      22-14158-RG
**Document Number:**

**Docket Text:**
Correction Notice in Electronic Filing (related document:[18] Notice of Request for Loss Mitigation filed by Debtor April D Robinson). Type of Error: Request Requires Hearing Date, filed by Herbert Raymond. Court Will Terminate Objection Deadline and Schedule Hearing for 7/20/2022 at 10:00 am. Please Notify Parties and File a Confirming Letter. (rah)

The following document(s) are associated with this transaction:

**22-14158-RG Notice will be electronically mailed to:**

Denise E. Carlon on behalf of Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Douglas J. McDonough on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76
dmcdonough@flwlaw.com

Sindi Mncina on behalf of Creditor The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc
smncina@raslg.com

Herbert B. Raymond on behalf of Debtor April D Robinson
herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

**22-14158-RG Notice will not be electronically mailed to:**

# M Gmail

Herbert Raymond <herbertraymond@gmail.com>

## Ch-13 22-14158-RG Hearing (Document) Scheduled - April D Robinson
1 message

cmecf_help_desk@njb.uscourts.gov <cmecf_help_desk@njb.uscourts.gov>
To: no-reply@njb.uscourts.gov

Thu, Jun 23, 2022 at 2:06 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**District of New Jersey**

Notice of Electronic Filing

The following transaction was received from Heim, Robert entered on 6/23/2022 at 2:06 PM EDT and filed on 6/23/2022
**Case Name:**        April D Robinson
**Case Number:**   22-14158-RG
**Document Number:**

**Docket Text:**
Hearing Scheduled. (related document:[18] Notice of Request for Loss Mitigation re:PHH Mortgage Corporation (New Rez), filed by Herbert B. Raymond on behalf of Debtor April D Robinson) Hearing scheduled for 7/20/2022 at 10:00 AM at RG - Courtroom 3E, Newark. (rah)

The following document(s) are associated with this transaction:

**22-14158-RG Notice will be electronically mailed to:**

Denise E. Carlon on behalf of Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Douglas J. McDonough on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76
dmcdonough@flwlaw.com

Sindi Mncina on behalf of Creditor The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc
smncina@raslg.com

Herbert B. Raymond on behalf of Debtor April D Robinson
herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

**22-14158-RG Notice will not be electronically mailed to:**