Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−14158−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  April D Robinson
  1021 Kenyon Avenue
  Plainfield, NJ 07060

Social Security No.:
  xxx−xx−6296

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        8/3/22
Time:        08:30 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

　　　　An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**　　　　If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 23, 2022
JAN: wdh

　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14158-RG |
| April D Robinson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 23, 2022 | Form ID: 132 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April D Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| cr | + | The Bank of New York Mellon Trust Company, Nationa, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519644873 | + | Constance Eason, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519621146 | + | Einhorn, Harris Ascher Barbarito Frost, Ironson, PC, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621148 | + | Einhorn,Harris Ascher Barbarito Frost PC, PO Box 310, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621150 | + | Einhorn,Harris, Asher, Barbaritto, Frost, PO Box 3010, Denville, NJ 07834-3010 |
| 519644874 | + | Georgia Brown, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519644875 | + | Joy Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519621172 | | PHH Mortgage, 1500 Commerce Parkway, Mount Laurel, NJ 08054 |
| 519621171 | + | PHH Mortgage, PO Box 13891, Philadelphia, PA 19162-0001 |
| 519621179 | | PHH Mortgage Services Inc., PO Box 5424, Mount Laurel, NJ 08054 |
| 519621189 | | Rocket Mortgage / Quicken Loans, 1050 Woodland Avenue, Detroit, MI 48226 |
| 519621192 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519621193 | + | Selip and Stylianou, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 519621198 | | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 519621196 | + | Stark & Stark, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519621199 | | Stark & Stark ESQ, PO Box 5315, Princeton, NJ 08543-5315 |
| 519621200 | + | Stark & Stark PC, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519621201 | + | Stern & Eisenberg P C, 1040 N Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 519621202 | + | Stern & Eisenberg PC ESQ, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 519621205 | + | US Department Of Education, PO Box 81404, Atlanta, GA 30366-1404 |
| 519621203 | + | US Department of Education, Atlanta Service Center, Atlanta Federal Center Tower, 61 Forsyth Street SW , Room 19T89, Atlanta, GA 30303-8928 |
| 519621204 | + | US Department of Education, National Payment Center, PO Box 4169, Greenville, TX 75403-4169 |
| 519621208 | + | US Department of Education, National Payment Center, PO Box 4142, Greenville, TX 75403-4142 |
| 519621207 | + | Us Department of Education, PO Box 41309, Nashville, TN 37204-1309 |
| 519621209 | + | Wardlaw Hartridge School, 1295 Inman Avenue, Edison, NJ 08820-1028 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519621136 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 23 2022 20:31:00 | BAC Home Loan, PO Box 650070, Dallas, TX 75265-0070 |
| 519621137 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 23 2022 20:31:00 | BAC Home Loan Servicing, PO Box 650070, Dallas, TX 75265-0070 |
| 519621140 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 23 2022 20:31:00 | Bank of America, PO Box 982238, El Paso, TX |

| Recipient ID | Notice Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | 79998-2238 |
| 519621138 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jun 23 2022 20:31:00 | Bank of America, P0 Box 30610, Los Angeles, CA 90030-0610 |
| 519621139 | + Email/Text: mortgagebkcorrespondence@bofa.com | Jun 23 2022 20:32:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| 519621141 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 23 2022 20:32:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd., 5th Floor, Miami, FL 33146-1839 |
| 519621142 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Jun 23 2022 20:32:00 | Bayview Loan Servicing, 62516 Collection Center Drive, Chicago, IL 60693-0001 |
| 519621143 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 20:37:54 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519621145 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 20:37:45 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519621151 | + Email/Text: bncnotifications@pheaa.org | Jun 23 2022 20:32:00 | Federal Loan Service, P0 Box 69184, Harrisburg, PA 17106-9184 |
| 519621153 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 20:32:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519621156 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 20:32:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 519621154 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 20:32:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519621155 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 20:32:00 | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621159 | + Email/PDF: pa_dc_ed@navient.com | Jun 23 2022 20:37:54 | Navient, P0 Box 9635, Wilkes Barre, PA 18773-9635 |
| 519621166 | + Email/PDF: bankruptcy@ncfsi.com | Jun 23 2022 20:37:40 | New Century Financial, 110 S Jefferson Rd Ste 1, Whippany, NJ 07981-1038 |
| 519621160 | + Email/PDF: bankruptcy@ncfsi.com | Jun 23 2022 20:37:54 | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621173 | + Email/Text: BKEBN-Notifications@ocwen.com | Jun 23 2022 20:32:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621174 | + Email/Text: BKEBN-Notifications@ocwen.com | Jun 23 2022 20:32:00 | PHH Mortgage, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 519621178 | + Email/Text: BKEBN-Notifications@ocwen.com | Jun 23 2022 20:32:00 | PHH Mortgage Services, 1661 Worthington Road, West Palm Beach, FL 33409-6493 |
| 519621181 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2022 20:37:55 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519621180 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2022 20:37:41 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519621182 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2022 20:37:55 | Portfolio Recovery, P0 Box 41067, Norfolk, VA 23541 |
| 519621167 | Email/Text: signed.order@pfwattorneys.com | Jun 23 2022 20:32:00 | New Century Financial, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519621168 | Email/Text: signed.order@pfwattorneys.com | Jun 23 2022 20:32:00 | New Century Financial, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621183 | Email/Text: signed.order@pfwattorneys.com | Jun 23 2022 20:32:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519621184 | Email/Text: signed.order@pfwattorneys.com | Jun 23 2022 20:32:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519621185 | Email/Text: signed.order@pfwattorneys.com | Jun 23 2022 20:32:00 | Pressler And Pressler, Attorneys, 7 Entin Road, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519621186 | | Email/Text: signed.order@pfwattorneys.com | Jun 23 2022 20:32:00 | Parsippany, NJ 07054<br>Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519621187 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 23 2022 20:32:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519621188 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 23 2022 20:32:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519621190 | + | Email/PDF: pa_dc_claims@navient.com | Jun 23 2022 20:37:42 | Sallie Mae Bankruptcy, 220 Lasley Avenue, Wilkes Barre, PA 18706-1430 |
| 519621191 | | Email/PDF: pa_dc_claims@navient.com | Jun 23 2022 20:37:40 | Sallie Mae Servicing, PO Box 4600, Wilkes Barre, PA 18773 |
| 519621194 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 23 2022 20:32:00 | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519621195 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 23 2022 20:32:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, P0 Box 10826, Greenville, SC 29603-0826 |
| 519621206 | + | Email/Text: edbknotices@ecmc.org | Jun 23 2022 20:32:00 | US Department of Education, PO Box 530260, Atlanta, GA 30353-0260 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519621144 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519621147 | *+ | Einhorn, Harris Ascher Barbarito Frost, Ironson, PC, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621149 | *+ | Einhorn,Harris Ascher Barbarito Frost PC, PO Box 310, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621152 | *+ | Federal Loan Service, P0 Box 69184, Harrisburg, PA 17106-9184 |
| 519621157 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621158 | *+ | Midland Funding Company, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621162 | *+ | New Century Financial, 110 S. Jefferson Rd., Suite 104, Whippany, NJ 07981-1038 |
| 519621161 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621163 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621164 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621165 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621176 | *+ | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621175 | *+ | PHH Mortgage, PO Box 13891, Philadelphia, PA 19162-0001 |
| 519621177 | *+ | PHH Mortgage LLC, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621169 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621170 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621197 | *+ | Stark & Stark, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519621210 | *+ | Wardlaw Hartridge School, 1295 Inman Avenue, Edison, NJ 08820-1028 |
| 519621211 | *+ | Wardlaw Hartridge School LLC, 1295 Inman Avenue, Edison, NJ 08820-1028 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 23, 2022 | Form ID: 132 | Total Noticed: 64 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:**

**Name**       **Email Address**

Denise E. Carlon
  on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 dmcdonough@flwlaw.com

Herbert B. Raymond
  on behalf of Debtor April D Robinson herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Sindi Mncina
  on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc smncina@raslg.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6