| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Raymond and Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | Case No.:   22-14158 RG<br><br>Chapter:   13 |
| In Re:<br><br>APRIL D. ROBINSON, DEBTOR | Adv. No.:   _____<br><br>Hearing Date:   8/17/2022 @ 10:00 a.m.<br><br>Judge:   Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, _KENNETH RAYMOND :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for RAYMOND & RAYMOND, ESQS., HERBERT B. RAYMOND, ESQ., RECORD COUNSEL_, who represents the DEBTOR_ in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On JULY 12, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
.
   Notice of Request for Loss Mitigation; Proposed Loss Mitigation Order
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   JULY 12, 2022                                            /S/ KENNETH RAYMOND_
                                                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Rd #202<br>Fairfield, NJ 7004 | Authorized Agent for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Name and Address of Party Served | Relationship of | Mode of Service |

2