HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  APRIL D ROBINSON
     1021 KENYON AVENUE
     PLAINFIELD,  NJ  07060

Atty:  HERBERT B. RAYMOND, ESQ.
       7 GLENWOOD AVENUE
       4TH FLOOR SUITE 408
       EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-14158

## RECEIPTS AS OF 01/13/2023      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/01/2022 | $400.00 | 8562335000 | 08/01/2022 | $400.00 | 8616500000 |
| 09/01/2022 | $400.00 | 8681871000 | 10/03/2022 | $400.00 | 8742369000 |
| 11/08/2022 | $400.00 | | 12/08/2022 | $400.00 | |
| 01/10/2023 | $400.00 | | | | |

**Total Receipts: $2,800.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023      (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 130.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,800.00 | 100.00% | 2,292.00 | 1,508.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA NA | MORTGAGE ARRE | 1,070.70 | 100.00% | 0.00 | 1,070.70 |
| 0008 | CAPITAL ONE, NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | EINHORN, HARRIS ASCHER BARBARITO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | FEDERAL LOAN SERVICE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | MIDLAND FUNDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | PHH MORTGAGE SERVICES | MORTGAGE ARRE | 60,113.32 | 100.00% | 0.00 | 60,113.32 |
| 0035 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0063 | WARDLAW HARTRIDGE SCHOOL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0066 | NEW CENTURY FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0067 | FEDERAL LOAN SERVICE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-14158**

**Total Paid: $2,422.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $2,800.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $2,422.00    =    Funds on Hand: $378.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.