| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>April D Robinson | Case No.: 2:2022-bk-14158<br><br>Adversary No.: _____<br><br>Chapter: 13<br><br>Judge: Judge Rosemary Gambardella |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: PHH Mortgage Corporation, creditor
(Example: John Smith, creditor)

Old address:  1 Mortgage Way
Mount Laurel, NJ 08054

New address:  PO Box 24781
ATTN: SV 19
West Palm Beach, FL 33416

New phone no.: 800-750-2518
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/25/2023        /s/ John Shelley
                         Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                           CASE NO.:     22-14158

**April D Robinson**                       CHAPTER:     13

                 Debtor(s).

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 27, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

| *Debtor:* | *By U.S. Postal Service First Class Mail Postage Prepaid:* |
|---|---|
| | April D Robinson<br>1021 Kenyon Avenue<br>Plainfield, NJ 07060 |
| *Debtor's Attorney:* | *By CM / ECF Filing:* |
| | Herbert B. Raymond<br>7 Glenwood Ave<br>Suite #408<br>4th Floor<br>East Orange, NJ 07017 |
| *Trustee:* | *By CM / ECF Filing:* |

*Trustee:*  Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)