| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) |
| In Re:<br>APRIL D. ROBINSON, DEBTOR |

Case No.:        22-14158 RG

Chapter:         13_

Hearing Date:    8/2/2023 @8:30 A.M.

Judge:           Rosemary Gambardella

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Modified Chapter 13 Plan.

A new plan is being filed.

_____

Date: JUNE 26, 2023          _                    /S/ HERBERT B . RAYMOND_
                                                  Signature

*rev.8/1/15*

2