Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  22–14158–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   April D Robinson
   1021 Kenyon Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx–xx–6296

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 3, 2022.

On 6/26/23 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:            July 19, 2023
Time:             08:30 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 27, 2023
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14158-RG |
| April D Robinson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 27, 2023 | Form ID: 185 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April D Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519644873 | + | Constance Eason, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519621146 | + | Einhorn, Harris Ascher Barbarito Frost, Ironson, PC, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621148 | + | Einhorn,Harris Ascher Barbarito Frost PC, PO Box 310, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621150 | + | Einhorn,Harris, Asher, Barbaritto, Frost, PO Box 3010, Denville, NJ 07834-3010 |
| 519621151 | + | Federal Loan Service, P0 Box 69184, Harrisburg, PA 17106-9184 |
| 519644874 | + | Georgia Brown, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519644875 | + | Joy Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519621172 | | PHH Mortgage, 1500 Commerce Parkway, Mount Laurel, NJ 08054 |
| 519621171 | + | PHH Mortgage, PO Box 13891, Philadelphia, PA 19162-0001 |
| 519621179 | | PHH Mortgage Services Inc., PO Box 5424, Mount Laurel, NJ 08054 |
| 519621189 | | Rocket Mortgage / Quicken Loans, 1050 Woodland Avenue, Detroit, MI 48226 |
| 519621192 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519621198 | | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 519621196 | + | Stark & Stark, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519621199 | | Stark & Stark ESQ, PO Box 5315, Princeton, NJ 08543-5315 |
| 519621200 | + | Stark & Stark PC, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519671333 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Frenkel Lambert et al, 53 Gibson St, Bay Shore, NY 11706-8369 |
| 519621205 | + | US Department Of Education, PO Box 81404, Atlanta, GA 30366-1404 |
| 519621203 | + | US Department of Education, Atlanta Service Center, Atlanta Federal Center Tower, 61 Forsyth Street SW , Room 19T89, Atlanta, GA 30303-8928 |
| 519621208 | + | US Department of Education, National Payment Center, PO Box 4142, Greenville, TX 75403-4142 |
| 519621204 | + | US Department of Education, National Payment Center, PO Box 4169, Greenville, TX 75403-4169 |
| 519621207 | + | Us Department of Education, PO Box 41309, Nashville, TN 37204-1309 |
| 519621209 | + | Wardlaw Hartridge School, 1295 Inman Avenue, Edison, NJ 08820-1028 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2023 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2023 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr + | Email/Text: RASEBN@raslg.com | Jun 27 2023 21:11:00 | The Bank of New York Mellon Trust Company, Nationa, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

District/off: 0312-2        User: admin                Page 2 of 4

Date Rcvd: Jun 27, 2023        Form ID: 185             Total Noticed: 66

| | | | |
|---|---|---|---|
| 519621136 | + | Email/Text: creditcardbkcorrespondence@bofa.com | |
| | | Jun 27 2023 21:11:00 | BAC Home Loan, PO Box 650070, Dallas, TX 75265-0070 |
| 519621137 | + | Email/Text: creditcardbkcorrespondence@bofa.com | |
| | | Jun 27 2023 21:11:00 | BAC Home Loan Servicing, PO Box 650070, Dallas, TX 75265-0070 |
| 519621140 | + | Email/Text: creditcardbkcorrespondence@bofa.com | |
| | | Jun 27 2023 21:11:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519621138 | + | Email/Text: creditcardbkcorrespondence@bofa.com | |
| | | Jun 27 2023 21:11:00 | Bank of America, P0 Box 30610, Los Angeles, CA 90030-0610 |
| 519621139 | + | Email/Text: mortgagebkcorrespondence@bofa.com | |
| | | Jun 27 2023 21:12:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| 519621141 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | |
| | | Jun 27 2023 21:11:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd., 5th Floor, Miami, FL 33146-1839 |
| 519621142 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | |
| | | Jun 27 2023 21:12:00 | Bayview Loan Servicing, 62516 Collection Center Drive, Chicago, IL 60693-0001 |
| 519621143 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Jun 27 2023 21:33:04 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519621145 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Jun 27 2023 21:22:04 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519621153 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 27 2023 21:12:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519621156 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 27 2023 21:12:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 519621154 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 27 2023 21:12:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519621155 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 27 2023 21:12:00 | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621159 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | |
| | | Jun 27 2023 21:22:07 | Navient, P0 Box 9635, Wilkes Barre, PA 18773-9635 |
| 519621166 | + | Email/PDF: bankruptcy@ncfsi.com | |
| | | Jun 27 2023 21:21:42 | New Century Financial, 110 S Jefferson Rd Ste 1, Whippany, NJ 07981-1038 |
| 519621160 | + | Email/PDF: bankruptcy@ncfsi.com | |
| | | Jun 27 2023 21:21:51 | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621173 | + | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Jun 27 2023 21:11:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621174 | + | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Jun 27 2023 21:11:00 | PHH Mortgage, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 519646762 | | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Jun 27 2023 21:11:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 519621178 | + | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Jun 27 2023 21:11:00 | PHH Mortgage Services, 1661 Worthington Road, West Palm Beach, FL 33409-6493 |
| 519621181 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 27 2023 21:21:33 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519621180 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 27 2023 21:21:44 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519621182 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 27 2023 21:33:08 | Portfolio Recovery, P0 Box 41067, Norfolk, VA 23541 |
| 519621167 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Jun 27 2023 21:11:00 | New Century Financial, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519621168 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Jun 27 2023 21:11:00 | New Century Financial, Attn: Pressler & Pressler, |

District/off: 0312-2 | User: admin | Page 3 of 4
Date Rcvd: Jun 27, 2023 | Form ID: 185 | Total Noticed: 66

| | | | |
|---|---|---|---|
| | | | 7 Entin Road, Parsippany, NJ 07054 |
| 519621183 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Jun 27 2023 21:11:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519621184 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Jun 27 2023 21:11:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519621185 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Jun 27 2023 21:11:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 519621186 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Jun 27 2023 21:11:00 | Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519621187 | + | Email/Text: bankruptcyteam@quickenloans.com | |
| | | Jun 27 2023 21:12:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519621188 | + | Email/Text: bankruptcyteam@quickenloans.com | |
| | | Jun 27 2023 21:12:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519659133 | + | Email/Text: bankruptcyteam@quickenloans.com | |
| | | Jun 27 2023 21:12:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519621190 | + | Email/PDF: pa_dc_claims@navient.com | |
| | | Jun 27 2023 21:11:02 | Sallie Mae Bankruptcy, 220 Lasley Avenue, Wilkes Barre, PA 18706-1430 |
| 519621191 | | Email/PDF: pa_dc_claims@navient.com | |
| | | Jun 27 2023 21:21:44 | Sallie Mae Servicing, PO Box 4600, Wilkes Barre, PA 18773 |
| 519621193 | ^ | MEBN | |
| | | Jun 27 2023 21:05:10 | Selip and Stylianou, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 519621194 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | Jun 27 2023 21:12:00 | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519621195 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | Jun 27 2023 21:12:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, P0 Box 10826, Greenville, SC 29603-0826 |
| 519621202 | ^ | MEBN | |
| | | Jun 27 2023 21:05:18 | Stern & Eisenberg PC ESQ, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 519621206 | + | Email/Text: edbknotices@ecmc.org | |
| | | Jun 27 2023 21:12:00 | US Department of Education, PO Box 530260, Atlanta, GA 30353-0260 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519621144 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519621147 | *+ | Einhorn, Harris Ascher Barbarito Frost, Ironson, PC, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621149 | *+ | Einhorn,Harris Ascher Barbarito Frost PC, PO Box 310, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621152 | *+ | Federal Loan Service, P0 Box 69184, Harrisburg, PA 17106-9184 |
| 519621157 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621158 | *+ | Midland Funding Company, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621162 | *+ | New Century Financial, 110 S. Jefferson Rd., Suite 104, Whippany NJ 07981-1038 |
| 519621161 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621163 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621164 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621165 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621176 | *+ | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621175 | *+ | PHH Mortgage, PO Box 13891, Philadelphia, PA 19162-0001 |
| 519621177 | *+ | PHH Mortgage LLC, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621169 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621170 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621197 | *+ | Stark & Stark, 993 Lenxo Drive, Trenton, NJ 08648-2389 |

District/off: 0312-2    User: admin    Page 4 of 4
Date Rcvd: Jun 27, 2023    Form ID: 185    Total Noticed: 66

| 519621210 | *+ | Wardlaw Hartridge School, 1295 Inman Avenue, Edison, NJ 08820-1028 |
| 519621211 | *+ | Wardlaw Hartridge School LLC, 1295 Inman Avenue, Edison, NJ 08820-1028 |
| 519621201 | ##+ | Stern & Eisenberg P C, 1040 N Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 0 Undeliverable, 19 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aleisha Candace Jennings | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 dmcdonough@flwlaw.com |
| Herbert B. Raymond | on behalf of Debtor April D Robinson herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sindi Mncina | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8