HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:   APRIL D ROBINSON
     1021 KENYON AVENUE
     PLAINFIELD,  NJ  07060

Atty:   HERBERT B. RAYMOND, ESQ.
     7 GLENWOOD AVENUE
     4TH FLOOR SUITE 408
     EAST ORANGE, NJ  07017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
Chapter 13 Case # 22-14158

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/01/2022 | $400.00 | 8562335000 | 08/01/2022 | $400.00 | 8616500000 |
| 09/01/2022 | $400.00 | 8681871000 | 10/03/2022 | $400.00 | 8742369000 |
| 11/08/2022 | $400.00 | | 12/08/2022 | $400.00 | |
| 01/10/2023 | $400.00 | | 02/08/2023 | $400.00 | |
| 03/09/2023 | $400.00 | | 04/10/2023 | $400.00 | |
| 05/09/2023 | $400.00 | | 06/08/2023 | $400.00 | |
| 07/12/2023 | $400.00 | | 08/09/2023 | $400.00 | |
| 09/12/2023 | $400.00 | | 10/10/2023 | $400.00 | |
| 11/09/2023 | $400.00 | | 12/11/2023 | $400.00 | |

**Total Receipts: $7,200.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $7,200.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 454.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,560.00 | 100.00% | 6,560.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA NA | MORTGAGE ARRE | 1,070.70 | 100.00% | 0.00 | 1,070.70 |
| 0008 | CAPITAL ONE, NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | EINHORN, HARRIS ASCHER BARBARITO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | FEDERAL LOAN SERVICE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | MIDLAND FUNDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | PHH MORTGAGE SERVICES | MORTGAGE ARRE | 60,113.32 | 100.00% | 214.19 | 59,899.13 |
| 0035 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-14158**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0043 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0063 | WARDLAW HARTRIDGE SCHOOL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0066 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0067 | FEDERAL LOAN SERVICE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $7,228.19**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $7,200.00    -    Paid to Claims: $214.19    -    Admin Costs Paid: $7,014.00    =    Funds on Hand: $371.81

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.