| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br>Attorneys for Secured Creditor<br><br>ALEISHA C. JENNINGS (049302015) | Order Filed on May 2, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**April D Robinson,**<br><br>    **Debtor.** | Case No.:    22-14158-RG<br><br>Chapter:    13<br><br>Hearing Date:  March 6, 2024<br><br>Judge:    Rosemary Gambardella |

# ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: May 2, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay of THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RS3 ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 86 Grandview Avenue, North Plainfield, New Jersey 07060 (the "Subject Property"), and Herbert B. Raymond, Esquire representing April D Robinson ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for 02 months from February 1, 2024 through March 1, 2024.

    - The Debtor is overdue for 02 payments from February 1, 2024 through March 1, 2024 at $1,509.18 per month.

        Funds Held In Suspense $1,509.03

        Total Arrearages Due $1,509.33

2. Debtor must cure all post-petition arrearages, as follows:

    - Immediate payment shall be made in the amount of $1,509.33. Payment shall be made within 10 days of this Order being entered.

    - Beginning on April 1, 2024, regular monthly mortgage payments shall be timely remitted to Creditor pursuant to periodic adjustments and any Notice of Payment Change(s) filed on the docket

3. Payments to the Secured Creditor shall be made to the following address(es):

    - Regular monthly payment:  PHH Mortgage Services
      PO BOX 24781 ATTN: SV 19
      West Palm Beach, FL 33416

    - Immediate payment:  PHH Mortgage Services
      PO BOX 24781 ATTN: SV 19
      West Palm Beach, FL 33416

4. In the event of Default:

   ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

   ■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

   ■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5. Award of Attorneys' Fees:

   ■ The Applicant is awarded attorney fees of $525.00 and costs of $199.00.

   The fees and costs are payable:
   ■ Through the Chapter 13 plan.