HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:   APRIL D ROBINSON                                    Atty:   HERBERT B. RAYMOND, ESQ.
      1021 KENYON AVENUE                                          7 GLENWOOD AVENUE
      PLAINFIELD,  NJ  07060                                      4TH FLOOR SUITE 408
                                                                  EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
### Chapter 13 Case # 22-14158

## RECEIPTS AS OF 01/01/2025                                           (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/01/2022 | $400.00 | 8562335000 | 08/01/2022 | $400.00 | 8616500000 |
| 09/01/2022 | $400.00 | 8681871000 | 10/03/2022 | $400.00 | 8742369000 |
| 11/08/2022 | $400.00 |  | 12/08/2022 | $400.00 |  |
| 01/10/2023 | $400.00 |  | 02/08/2023 | $400.00 |  |
| 03/09/2023 | $400.00 |  | 04/10/2023 | $400.00 |  |
| 05/09/2023 | $400.00 |  | 06/08/2023 | $400.00 |  |
| 07/12/2023 | $400.00 |  | 08/09/2023 | $400.00 |  |
| 09/12/2023 | $400.00 |  | 10/10/2023 | $400.00 |  |
| 11/09/2023 | $400.00 |  | 12/11/2023 | $400.00 |  |
| 01/09/2024 | $400.00 |  | 02/09/2024 | $400.00 |  |
| 03/11/2024 | $400.00 |  | 04/10/2024 | $400.00 |  |
| 05/09/2024 | $400.00 |  | 06/10/2024 | $400.00 |  |
| 07/11/2024 | $400.00 |  | 08/09/2024 | $400.00 |  |
| 09/10/2024 | $400.00 |  | 10/09/2024 | $400.00 |  |
| 11/13/2024 | $400.00 |  | 12/11/2024 | $400.00 |  |

**Total Receipts: $12,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $12,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025                         (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA |  |  |  |  |  |  |
|  | 02/12/2024 | $16.69 | 923,229 | 05/10/2024 | $7.86 | 927,592 |
|  | 06/17/2024 | $6.36 | 928,994 | 07/15/2024 | $6.57 | 930,481 |
|  | 08/19/2024 | $6.57 | 931,891 | 09/16/2024 | $6.57 | 933,354 |
|  | 10/21/2024 | $6.50 | 934,753 | 11/18/2024 | $6.50 | 936,239 |
|  | 12/16/2024 | $6.50 | 937,622 |  |  |  |

**Chapter 13 Case # 22-14158**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PHH MORTGAGE SERVICES | | | | | | | |
| | 01/08/2024 | $214.19 | 922,316 | | 02/12/2024 | $723.12 | 923,702 |
| | 04/15/2024 | $84.50 | 926,611 | | 05/10/2024 | $357.26 | 928,034 |
| | 06/17/2024 | $357.26 | 929,496 | | 06/17/2024 | $8.76 | 929,496 |
| | 07/15/2024 | $368.91 | 930,919 | | 08/19/2024 | $368.91 | 932,380 |
| | 08/19/2024 | $9.04 | 932,380 | | 09/16/2024 | $368.91 | 933,780 |
| | 10/21/2024 | $365.03 | 935,236 | | 10/21/2024 | $8.99 | 935,236 |
| | 11/18/2024 | $365.03 | 936,676 | | 12/16/2024 | $365.03 | 938,075 |
| | 12/16/2024 | $8.94 | 938,075 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 770.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 7,210.00 | 100.00% | 7,210.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA NA | MORTGAGE ARRE | 1,070.70 | 100.00% | 70.12 | 1,000.58 |
| 0008 | CAPITAL ONE, NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | EINHORN, HARRIS ASCHER BARBARITO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | FEDERAL LOAN SERVICE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | MIDLAND FUNDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | PHH MORTGAGE SERVICES | MORTGAGE ARRE | 60,113.32 | 100.00% | 3,938.15 | 56,175.17 |
| 0035 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0063 | WARDLAW HARTRIDGE SCHOOL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0066 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0067 | FEDERAL LOAN SERVICE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0068 | PHH MORTGAGE SERVICES | (NEW) MTG Agree | 724.00 | 100.00% | 35.73 | 688.27 |

**Total Paid: $12,024.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $12,000.00   -   Paid to Claims: $4,044.00   -   Admin Costs Paid: $7,980.00   =   Funds on Hand: $376.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.