Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−14158−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   April D Robinson
   1021 Kenyon Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−6296

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/16/25 at 10:00 AM

to consider and act upon the following:

87 − Application For Retention of Professional Melissa Sobers, Broker/Agent/Salesperson with Realtyline, Inc. Real Estate Agency as Real Estate Broker Filed by Herbert B. Raymond on behalf of April D Robinson. Objection deadline is 3/31/2025. (Attachments: # 1 Certification Of Professional in Support of Retention # 2 Proposed Order Authorizing Retention of Professional # 3 Certificate of Service) (Raymond, Herbert)

88 − Limited Objection to Application for Retention of Professional (related document:87 Application For Retention of Professional Melissa Sobers, Broker/Agent/Salesperson with Realtyline, Inc. Real Estate Agency as Real Estate Broker Filed by Herbert B. Raymond on behalf of April D Robinson. Objection deadline is 3/31/2025. (Attachments: # 1 Certification Of Professional in Support of Retention # 2 Proposed Order Authorizing Retention of Professional # 3 Certificate of Service) filed by Debtor April D Robinson) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 3/26/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court