UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-14158 TBA |
| APRIL D. ROBINSON, DEBTOR(S) | Chapter: | 13 |
| | Judge: | TBA |

### NOTICE OF PROPOSED PRIVATE SALE

_____April D. Robinson_____, _____the Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court
District of New Jersey
PO Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable _____TBA, USBJ_____ on _____May 7, 2025_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3E__, __50 Walnut St., 3rd Floor, Newark, NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
14 Willowmere Avenue, Montclair, New Jersey 07042

Proposed Purchaser:   Elizabeth Guzman and Isabel Castro

Sale price:
$540,000

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Raymond & Raymond, Esqs., Attn: Herbert B. Raymond, Esq.

Address: 7 Glenwood Avenue, 4th Floor, East Orange NJ 07017

Telephone No.: Phone: 973-675-5622; Email: herbertraymond@gmail.com; Fax 1-408-519-6711

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14158-RG |
| April D Robinson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 25, 2025 | Form ID: pdf905 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April D Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519644873 | + | Constance Eason, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519621146 | + | Einhorn, Harris Ascher Barbarito Frost, Ironson, PC, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621148 | + | Einhorn,Harris Ascher Barbarito Frost PC, PO Box 310, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621150 | + | Einhorn,Harris, Asher, Barbaritto, Frost, PO Box 3010, Denville, NJ 07834-3010 |
| 519621151 | + | Federal Loan Service, P0 Box 69184, Harrisburg, PA 17106-9184 |
| 519644874 | + | Georgia Brown, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519644875 | + | Joy Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519621171 | + | PHH Mortgage, PO Box 13891, Philadelphia, PA 19162-0001 |
| 519621172 | | PHH Mortgage, 1500 Commerce Parkway, Mount Laurel, NJ 08054 |
| 519621179 | | PHH Mortgage Services Inc., PO Box 5424, Mount Laurel, NJ 08054 |
| 519621188 | + | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519621187 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519621189 | | Rocket Mortgage / Quicken Loans, 1050 Woodland Avenue, Detroit, MI 48226 |
| 519659133 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519621192 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519621198 | | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 519621196 | + | Stark & Stark, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519621199 | | Stark & Stark ESQ, PO Box 5315, Princeton, NJ 08543-5315 |
| 519621200 | + | Stark & Stark PC, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519671333 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Frenkel Lambert et al, 53 Gibson St, Bay Shore, NY 11706-8369 |
| 519621205 | + | US Department Of Education, PO Box 81404, Atlanta, GA 30366-1404 |
| 519621204 | + | US Department of Education, National Payment Center, PO Box 4169, Greenville, TX 75403-4169 |
| 519621208 | + | US Department of Education, National Payment Center, PO Box 4142, Greenville, TX 75403-4142 |
| 519621207 | + | Us Department of Education, PO Box 41309, Nashville, TN 37204-1309 |
| 519621209 | + | Wardlaw Hartridge School, 1295 Inman Avenue, Edison, NJ 08820-1028 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 25 2025 20:49:00 | The Bank of New York Mellon Trust Company, Nationa, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ |

Case 22-14158-RG    Doc 92    Filed 03/27/25    Entered 03/28/25 00:14:16    Desc Imaged
                    Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2025 | Form ID: pdf905 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | 07004-2927 |
| 519621136 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 25 2025 20:49:00 | BAC Home Loan, PO Box 650070, Dallas, TX 75265-0070 |
| 519621137 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 25 2025 20:49:00 | BAC Home Loan Servicing, PO Box 650070, Dallas, TX 75265-0070 |
| 519621140 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 25 2025 20:49:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519621138 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 25 2025 20:49:00 | Bank of America, P0 Box 30610, Los Angeles, CA 90030-0610 |
| 519621139 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 25 2025 20:49:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| 519621141 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 25 2025 20:49:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd., 5th Floor, Miami, FL 33146-1837 |
| 519621142 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Mar 25 2025 20:50:00 | Bayview Loan Servicing, 62516 Collection Center Drive, Chicago, IL 60693-0001 |
| 519621143 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2025 21:05:53 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519621145 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2025 21:05:04 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519621153 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2025 20:50:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519621156 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2025 20:50:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 519621154 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2025 20:50:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519621155 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2025 20:50:00 | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621159 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 25 2025 21:05:33 | Navient, P0 Box 9635, Wilkes Barre, PA 18773-9635 |
| 519621166 | + | Email/PDF: bankruptcy@ncfsi.com | Mar 25 2025 21:06:53 | New Century Financial, 110 S Jefferson Rd Ste 1, Whippany, NJ 07981-1038 |
| 519621160 | + | Email/PDF: bankruptcy@ncfsi.com | Mar 25 2025 21:05:18 | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621173 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 25 2025 20:49:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621174 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 25 2025 20:49:00 | PHH Mortgage, 1661 Worthington Rd, West Palm Beach, FL 33409-6488 |
| 519646762 | | Email/Text: BKEBN-Notifications@ocwen.com | Mar 25 2025 20:49:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 519621178 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 25 2025 20:49:00 | PHH Mortgage Services, 1661 Worthington Road, West Palm Beach, FL 33409-6488 |
| 519621181 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2025 21:05:45 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519621180 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2025 21:06:43 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519621182 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2025 21:06:24 | Portfolio Recovery, P0 Box 41067, Norfolk, VA 23541 |
| 519621167 | | Email/Text: signed.order@pfwattorneys.com | Mar 25 2025 20:49:00 | New Century Financial, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519621168 | | Email/Text: signed.order@pfwattorneys.com | | |

Case 22-14158-RG   Doc 92   Filed 03/27/25   Entered 03/28/25 00:14:16   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2025 | Form ID: pdf905 | Total Noticed: 67 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 25 2025 20:49:00 | New Century Financial, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621183 | | Email/Text: signed.order@pfwattorneys.com | Mar 25 2025 20:49:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519621184 | | Email/Text: signed.order@pfwattorneys.com | Mar 25 2025 20:49:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519621185 | | Email/Text: signed.order@pfwattorneys.com | Mar 25 2025 20:49:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 519621186 | | Email/Text: signed.order@pfwattorneys.com | Mar 25 2025 20:49:00 | Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519621193 | | Email/Text: EBN@seliplaw.com | Mar 25 2025 20:49:00 | Selip and Stylianou, 199 Crossways Park Drive, Woodbury, NY 11797 |
| 519621190 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 25 2025 21:06:31 | Sallie Mae Bankruptcy, 220 Lasley Avenue, Wilkes Barre, PA 18706-1430 |
| 519621191 | | Email/PDF: bankruptcy_prod@navient.com | Mar 25 2025 21:06:43 | Sallie Mae Servicing, PO Box 4600, Wilkes Barre, PA 18773 |
| 519621194 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 25 2025 20:49:00 | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519621195 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 25 2025 20:49:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, P0 Box 10826, Greenville, SC 29603-0826 |
| 519621202 | ^ | MEBN | Mar 25 2025 20:48:18 | Stern & Eisenberg PC ESQ, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 520432980 | + | Email/Text: RASEBN@raslg.com | Mar 25 2025 20:49:00 | The Bank of New York Mellon Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519621206 | + | Email/Text: edbknotices@ecmc.org | Mar 25 2025 20:49:00 | US Department of Education, PO Box 530260, Atlanta, GA 30353-0260 |
| 519621203 | + | Email/Text: edbknotices@ecmc.org | Mar 25 2025 20:49:00 | US Department of Education, Atlanta Service Center, Atlanta Federal Center Tower, 61 Forsyth Street SW , Room 19T89, Atlanta, GA 30303-8928 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Bank of New York Mellon Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519621144 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519621147 | *+ | Einhorn, Harris Ascher Barbarito Frost, Ironson, PC, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621149 | *+ | Einhorn,Harris Ascher Barbarito Frost PC, PO Box 310, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621152 | *+ | Federal Loan Service, P0 Box 69184, Harrisburg, PA 17106-9184 |
| 519621157 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621158 | *+ | Midland Funding Company, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621162 | *+ | New Century Financial, 110 S. Jefferson Rd., Suite 104, Whippany, NJ 07981-1038 |
| 519621161 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621163 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621164 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621165 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621176 | *+ | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621175 | *+ | PHH Mortgage, PO Box 13891, Philadelphia, PA 19162-0001 |
| 519621177 | *+ | PHH Mortgage LLC, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621169 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century |

| | | |
|---|---|---|
| | | Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621170 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621197 | *+ | Stark & Stark, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519621210 | *+ | Wardlaw Hartridge School, 1295 Inman Avenue, Edison, NJ 08820-1028 |
| 519621211 | *+ | Wardlaw Hartridge School LLC, 1295 Inman Avenue, Edison, NJ 08820-1028 |
| 519621201 | ##+ | Stern & Eisenberg P C, 1040 N Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 0 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Denise E. Carlon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Herbert B. Raymond
on behalf of Debtor April D Robinson herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Kimberly A. Wilson
on behalf of Creditor The Bank of New York Mellon Trust Company National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc kimwilson@raslg.com

Marie-Ann Greenberg
magecf@magtrustee.com

Sherri R. Dicks
on behalf of Creditor The Bank of New York Mellon Trust Company sdicks@raslg.com shrdlaw@hotmail.com

Sherri R. Dicks
on behalf of Creditor The Bank of New York Mellon Trust Company National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc sdicks@raslg.com, shrdlaw@hotmail.com

Sindi Mncina
on behalf of Creditor The Bank of New York Mellon Trust Company National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9