Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 22−14158−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    April D Robinson
    1021 Kenyon Avenue
    Plainfield, NJ 07060

Social Security No.:
    xxx−xx−6296

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:        5/7/25
Time:        10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,

COMMISSION OR FEES
$2,450.00

EXPENSES
$175.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 4, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 22-14158-RG

April D Robinson                                                                                    Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                    Page 1 of 4

Date Rcvd: Apr 04, 2025                Form ID: 137                              Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April D Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519644873 | + | Constance Eason, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519621146 | + | Einhorn, Harris Ascher Barbarito Frost, Ironson, PC, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621148 | + | Einhorn,Harris Ascher Barbarito Frost PC, PO Box 310, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621150 | + | Einhorn,Harris, Asher, Barbaritto, Frost, PO Box 3010, Denville, NJ 07834-3010 |
| 519621151 | + | Federal Loan Service, P0 Box 69184, Harrisburg, PA 17106-9184 |
| 519644874 | + | Georgia Brown, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519644875 | + | Joy Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519621171 | + | PHH Mortgage, PO Box 13891, Philadelphia, PA 19162-0001 |
| 519621172 | | PHH Mortgage, 1500 Commerce Parkway, Mount Laurel, NJ 08054 |
| 519621179 | | PHH Mortgage Services Inc., PO Box 5424, Mount Laurel, NJ 08054 |
| 519621188 | + | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519621187 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519621189 | | Rocket Mortgage / Quicken Loans, 1050 Woodland Avenue, Detroit, MI 48226 |
| 519659133 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519621192 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519621198 | | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 519621196 | + | Stark & Stark, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519621199 | | Stark & Stark ESQ, PO Box 5315, Princeton, NJ 08543-5315 |
| 519621200 | + | Stark & Stark PC, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519671333 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Frenkel Lambert et al, 53 Gibson St, Bay Shore, NY 11706-8369 |
| 519621205 | + | US Department Of Education, PO Box 81404, Atlanta, GA 30366-1404 |
| 519621204 | + | US Department of Education, National Payment Center, PO Box 4169, Greenville, TX 75403-4169 |
| 519621208 | + | US Department of Education, National Payment Center, PO Box 4142, Greenville, TX 75403-4142 |
| 519621207 | + | Us Department of Education, PO Box 41309, Nashville, TN 37204-1309 |
| 519621209 | + | Wardlaw Hartridge School, 1295 Inman Avenue, Edison, NJ 08820-1028 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 04 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 04 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 04 2025 21:13:00 | The Bank of New York Mellon Trust Company, Nationa, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ |

District/off: 0312-2                          User: admin                                    Page 2 of 4
Date Rcvd: Apr 04, 2025                       Form ID: 137                         Total Noticed: 67

| | | | |
|---|---|---|---|
| | | | 07004-2927 |
| 519621136 | + Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2025 21:12:00 | BAC Home Loan, PO Box 650070, Dallas, TX 75265-0070 |
| 519621137 | + Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2025 21:12:00 | BAC Home Loan Servicing, PO Box 650070, Dallas, TX 75265-0070 |
| 519621140 | + Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2025 21:12:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519621138 | + Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2025 21:12:00 | Bank of America, P0 Box 30610, Los Angeles, CA 90030-0610 |
| 519621139 | + Email/Text: mortgagebkcorrespondence@bofa.com | Apr 04 2025 21:14:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| 519621141 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 04 2025 21:13:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd., 5th Floor, Miami, FL 33146-1837 |
| 519621142 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Apr 04 2025 21:14:00 | Bayview Loan Servicing, 62516 Collection Center Drive, Chicago, IL 60693-0001 |
| 519621143 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2025 21:27:57 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519621145 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2025 21:27:57 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519621153 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2025 21:14:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519621156 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2025 21:14:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 519621154 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2025 21:14:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519621155 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2025 21:14:00 | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621159 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 04 2025 21:17:25 | Navient, P0 Box 9635, Wilkes Barre, PA 18773-9635 |
| 519621166 | + Email/PDF: bankruptcy@ncfsi.com | Apr 04 2025 21:27:51 | New Century Financial, 110 S Jefferson Rd Ste 1, Whippany, NJ 07981-1038 |
| 519621160 | + Email/PDF: bankruptcy@ncfsi.com | Apr 04 2025 21:16:44 | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621173 | + Email/Text: BKEBN-Notifications@ocwen.com | Apr 04 2025 21:13:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621174 | + Email/Text: BKEBN-Notifications@ocwen.com | Apr 04 2025 21:13:00 | PHH Mortgage, 1661 Worthington Rd, West Palm Beach, FL 33409-6488 |
| 519646762 | Email/Text: BKEBN-Notifications@ocwen.com | Apr 04 2025 21:13:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 519621178 | + Email/Text: BKEBN-Notifications@ocwen.com | Apr 04 2025 21:13:00 | PHH Mortgage Services, 1661 Worthington Road, West Palm Beach, FL 33409-6488 |
| 519621181 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 21:17:27 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519621180 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 21:27:59 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519621182 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 04 2025 21:27:53 | Portfolio Recovery, P0 Box 41067, Norfolk, VA 23541 |
| 519621167 | Email/Text: signed.order@pfwattorneys.com | Apr 04 2025 21:13:00 | New Century Financial, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519621168 | Email/Text: signed.order@pfwattorneys.com | | |

| | | | |
|---|---|---|---|
| | | Apr 04 2025 21:13:00 | New Century Financial, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621183 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Apr 04 2025 21:13:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519621184 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Apr 04 2025 21:13:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519621185 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Apr 04 2025 21:13:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 519621186 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Apr 04 2025 21:13:00 | Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519621193 | | Email/Text: EBN@seliplaw.com | |
| | | Apr 04 2025 21:13:00 | Selip and Stylianou, 199 Crossways Park Drive, Woodbury, NY 11797 |
| 519621190 | + | Email/PDF: bankruptcy_prod@navient.com | |
| | | Apr 04 2025 21:27:54 | Sallie Mae Bankruptcy, 220 Lasley Avenue, Wilkes Barre, PA 18706-1430 |
| 519621191 | | Email/PDF: bankruptcy_prod@navient.com | |
| | | Apr 04 2025 21:16:52 | Sallie Mae Servicing, PO Box 4600, Wilkes Barre, PA 18773 |
| 519621194 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | Apr 04 2025 21:13:00 | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519621195 | + | Email/Text: mtgbk@shellpointmtg.com | |
| | | Apr 04 2025 21:13:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, P0 Box 10826, Greenville, SC 29603-0826 |
| 519621202 | ^ | MEBN | |
| | | Apr 04 2025 21:09:18 | Stern & Eisenberg PC ESQ, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 520432980 | + | Email/Text: RASEBN@raslg.com | |
| | | Apr 04 2025 21:13:00 | The Bank of New York Mellon Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519621206 | + | Email/Text: edbknotices@ecmc.org | |
| | | Apr 04 2025 21:13:00 | US Department of Education, PO Box 530260, Atlanta, GA 30353-0260 |
| 519621203 | + | Email/Text: edbknotices@ecmc.org | |
| | | Apr 04 2025 21:13:00 | US Department of Education, Atlanta Service Center, Atlanta Federal Center Tower, 61 Forsyth Street SW , Room 19T89, Atlanta, GA 30303-8928 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Bank of New York Mellon Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519621144 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519621147 | *+ | Einhorn, Harris Ascher Barbarito Frost, Ironson, PC, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621149 | *+ | Einhorn,Harris Ascher Barbarito Frost PC, PO Box 310, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621152 | *+ | Federal Loan Service, P0 Box 69184, Harrisburg, PA 17106-9184 |
| 519621157 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621158 | *+ | Midland Funding Company, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621162 | *+ | New Century Financial, 110 S. Jefferson Rd., Suite 104, Whippany, NJ 07981-1038 |
| 519621161 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621163 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621164 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621165 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621176 | *+ | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621175 | *+ | PHH Mortgage, PO Box 13891, Philadelphia, PA 19162-0001 |
| 519621177 | *+ | PHH Mortgage LLC, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621169 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century |

District/off: 0312-2          User: admin          Page 4 of 4

Date Rcvd: Apr 04, 2025          Form ID: 137          Total Noticed: 67

| | | |
|---|---|---|
| | | Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621170 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621197 | *+ | Stark & Stark, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519621210 | *+ | Wardlaw Hartridge School, 1295 Inman Avenue, Edison, NJ 08820-1028 |
| 519621211 | *+ | Wardlaw Hartridge School LLC, 1295 Inman Avenue, Edison, NJ 08820-1028 |
| 519621201 | ##+ | Stern & Eisenberg P C, 1040 N Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 0 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Herbert B. Raymond | on behalf of Debtor April D Robinson herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor The Bank of New York Mellon Trust Company National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sherri R. Dicks | on behalf of Creditor The Bank of New York Mellon Trust Company sdicks@raslg.com shrdlaw@hotmail.com |
| Sherri R. Dicks | on behalf of Creditor The Bank of New York Mellon Trust Company National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc sdicks@raslg.com, shrdlaw@hotmail.com |
| Sindi Mncina | on behalf of Creditor The Bank of New York Mellon Trust Company National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9