## LAW OFFICES
# GREGG L. JENSEN

greggjensen@verizon.net
25 MAPLEWOOD AVENUE
EDISON, NEW JERSEY 08837
PHONE: (732) 548-0261
FAX: (732) 548-2868

April D. Robinson
14 Willowmere Avenue
Montclair, NJ 07042

Re:   Legal Fee for Contract/Agreement for Sale of:
      14 Willowmere Avenue
      Montclair, NJ 07042

Dear Ms. Robinson:

Thank you for asking us to represent you with regard to the above matter. As in any business relationship, we believe that a clear understanding of our services and fees at the outset will prevent misunderstandings in the future. Accordingly, we have set out the terms of our representation in this fee agreement. Of course, if you have any questions at any time about these terms, our services, or our fees, please call us.

Our fee is in accord with the Rules of Professional Conduct and the ethical guidelines established by the American Bar Association.

### Legal Services to be Provided

The legal services to be provided include the preparation, negotiation and/or review of the Contract of Sale and any amendments thereto; review of inspection reports and negotiation of resolution of inspection issues; review of title reports, possible correction of title defects, review of any survey and mortgage commitment; preparation and review of closing documents; securing payoff information on any existing judgments and/or mortgages, and possible issues regarding any bankruptcy(s), possible title escrows; preparation for and representation at the closing; receipt of Seller's proceeds and post-closing follow-up (recording of documents, release of escrows, etc.).

### Legal Fees

The difficulty of quoting fees in advance is that the state of title, the condition of the house, the other parties' demands, and their financing, as well as many other possible issues, are all unknown. We will try to keep you advised throughout the transaction and help you. Please call us with any questions you have. My staff is very experienced, and we ask you to communicate all messages in detail.

Based on my experience of having done thousands of closings, I am quoting a legal fee of $3,750.00. While I wish I could know all the legal work that will be required, it is impossible to know in advance, which is why the quoted fee cannot be guaranteed. I have no idea, nor could I, of any possible problems with legal ownership (the Seller's title), the home (home inspection issues) or the property (e.g. survey, oil tanks). Any additional legal fees in excess of the $3,750.00 quote will be based on an hourly rate of $325.00 per hour in addition to the above estimated fee.

The legal fees may also be increased to reflect unusual factors such as scheduling or title problems, litigation arising out of this matter, or other issues requiring us to devote unusual amounts of time and effort to properly represent you. Frequent extra services charged for home inspection negotiations, Use & Occupancy or Escrow Agreements and Time of the Essence notices.

Thank you for your cooperation in this manner.

Very truly yours,

Gregg L. Jensen

Accepted this 16th day of April, 2025 by:

April Robinson

Via regular mail

GLJ/rwg