UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4^(TH) Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on May 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

APRIL D. ROBINSON, DEBTOR(S)

Case No.: 22-14158 MEH

Adv. No.:

Hearing Date: 5/7/2025 @ 10:00 A.M.

Judge: Mark E. Hall, U.S.B.J.

ORDER AUTHORIZING REAL PROPERTY SALE

The relief set forth on the following pages, two (2) through four (4) is hereby **ORDERED**.

**DATED: May 7, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2
Debtor: April D. Robinson, Debtor(s)
Case no.: 22-14158 MEH
Caption of order: Order Authorizing Real Property Sale

---

Debtor, April D. Robinson, by and through her counsel, Raymond & Raymond, Esqs., Herbert B. Raymond, Esq., Record Counsel, Kevin L. Delyon, Esq. (Appearing, if applicable), having filed a Motion To Sell Real Property and a Notice of Proposed Private Sale, and the Motion having been served on all Applicable Parties by Debtor's Counsel, and the Notice of Proposed Private Sale, having been sent, by the Court, through court noticing, to all creditors and/or parties in interest, in the case, and no objection to the Notice of Motion For Authorization to Sell Real Property or the Notice of Proposed Private Sale, having been filed, and/or all objections to the Motion and/or Notice of Proposed Private Sale, having been resolved or withdrawn and/or for good cause having been shown, **IT IS HEREBY ORDERED:**

1. The Debtor is authorized to sell Real Property, located at 14 Willowmere Avenue, Montclair, New Jersey 07042, upon the terms and conditions of the real estate sale contract and/or addendum(s) and/or supplement(s), filed as an exhibit, in support of the motion, pursuant to 11 U.S.C. Sections 363(b) and 1303

2. The sale proceeds must be applied to completely and fully satisfy any ordinary course, outstanding statutory or municipal obligations, pertaining to the property, including, but not limited to real estate taxes/tax liens, garbage charges and/or water/sewer charges and/or water/sewer liens. Any such obligation(s) must be paid, in full, at closing, pursuant to statement provided by the municipality

Page 3

Debtor: April D. Robinson, Debtor(s)

Case no.: 22-14158 TBA

Caption of order: Order Authorizing Real Property Sale

_____

3. Judgments against the property or the Debtor, which were avoided in the bankruptcy through the Chapter plan motion provisions and will be discharged and cancelled upon plan completion, held by Einhorn, Harris, et. al., New Century Financial Services, Inc. (Three Judgments), and Wardlaw-Hartridge School, are not to be paid

4. Gregg Jensen, Esq., proposed Real Estate Counsel to the Debtor, is to be paid the sum of $3,000, for legal fees, at closing, consistent with the retention application and retainer agreement to be filed, upon entry of the real estate counsel retention order.  The funds to cover the fees are to be held in escrow/trust, by the title company or closing counsel, pending entry of the real estate counsel, special counsel, retention order

5. Realtyline, Inc., proposed Real Estate Broker to the Debtor, is to be paid the sum of $27,000 at closing, representing five (5%) percent of the contract sale price, consistent with the retention application to be filed, upon entry of the real estate broker retention order.  The funds to cover the commissions are to be held in escrow/trust, by the title company or closing counsel, pending entry of the real estate broker retention order

6. Other ordinary course closing fees and costs, must be satisfied from the sale proceeds

7. The sum of $65,957, of the sale proceeds, are to be

Debtor: April D. Robinson, Debtor(s)

Case no.: 22-14158 TBA

Caption of order: Order Authorizing Real Property Sale

_____

remitted to bankruptcy counsel, Raymond & Raymond, Esqs., made payable to Marie-Ann Greenberg, Esq., Chapter 13 Trustee, to address plan obligations, completely paying off the plan, paying 100% of plan obligations

    8. A copy of the signed settlement statement, must be provided, to Debtor's bankruptcy counsel, to be provided to the Chapter 13 Trustee, through Debtor's counsel, within fourteen (14) days of closing

    9. Other Provisions:

      a. The Debtor reserves the right to challenge any payoff statement, quote, letter, etc.  Paying off any obligation, at closing, does not preclude the Debtor from later challenging the amount due and owing as to any obligation.  Paying off any closing obligation, including but not limited to any lien, judgment, mortgage or statutory obligation, does not prejudice or preclude the Debtor, from later challenging the amount due

      b. The fourteen (14) day stay, provided by Bankruptcy Rule 6004(h), be and is hereby waived.  The sale may proceed immediately

    10. The Order shall be deemed void, if the sale is not completed, within one hundred and twenty (120) days, from entry of this order

United States Bankruptcy Court

District of New Jersey

In re:  
April D Robinson  
    Debtor

Case No. 22-14158-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: May 08, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April D Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Herbert B. Raymond | on behalf of Debtor April D Robinson herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Nathalie Rodriguez
    on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Sherri R. Dicks
    on behalf of Creditor The Bank of New York Mellon Trust Company sdicks@raslg.com  shrdlaw@hotmail.com

Sherri R. Dicks
    on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc sdicks@raslg.com, shrdlaw@hotmail.com

Sindi Mncina
    on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10