UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond & Raymond, Esqs., Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: 973-675-5622 Fax: 408-519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

In Re:

APRIL D. ROBINSON, DEBTOR(S)

Order Filed on May 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     22-14158 RG

Chapter:      13_____

Judge:        R. Gambardella, USBJ

## ORDER AUTHORIZING RETENTION OF

## Melissa Sobers, Broker/Salesperson

The relief set forth on the following page is **ORDERED**.

**DATED: May 7, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Melissa Sobers, Broker/Salesperson, with

Realtyline, Inc., Real Estate Agency  as Real Estate Broker for the Debtor_, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

        The professional's address is:     Realtyline, Inc.

                                           961 Teaneck Rd.


                                           Teaneck, NJ 07666



2.      Compensation will be paid in such amounts as may be allowed by the Court on proper

        application(s).

3.      If the professional requested a waiver as noted below, it is  ☐ Granted   ☐ Denied.

        ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

        13 case. Payment to the professional may only be made after satisfactory completion of

        services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:
                                                  Case No. 22-14158-MEH

April D Robinson
                                                  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 08, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + April D Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2025
                               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Herbert B. Raymond | on behalf of Debtor April D Robinson herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |

District/off: 0312-2                     User: admin                                    Page 2 of 2
Date Rcvd: May 08, 2025                  Form ID: pdf903                          Total Noticed: 1

Marie-Ann Greenberg
                      magecf@magtrustee.com

Nathalie Rodriguez
                      on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust
                      Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc
                      nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Sherri R. Dicks
                      on behalf of Creditor The Bank of New York Mellon Trust Company sdicks@raslg.com  shrdlaw@hotmail.com

Sherri R. Dicks
                      on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust
                      Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc
                      sdicks@raslg.com, shrdlaw@hotmail.com

Sindi Mncina
                      on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust
                      Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc
                      smncina@raslg.com

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10