Order Filed on May 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond #HR-1379;<br>Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | |
| In Re:<br><br><br>APRIL ROBINSON,  DEBTOR(S) | Case No.:   22-14158<br>Adv. No.:<br>Hearing Date: 5/21/25 |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

  The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: May 21, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtor: April Robinson,  Debtor(s)

Case no.  22-14158

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$2,450.00** for services rendered and expenses in the amount **$175.00**   for a total of **$2,625.00.**  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.