UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on July 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

APRIL D. ROBINSON, DEBTOR(S)

Case No.: 22-14158

Hearing Date: 7/2/2025 @ 10:00 A.M.

ORDER CANCELLING AND DISCHARGING JUDGMENT
LIEN HELD BY EINHORN, HARRIS, ASCHER,
BARBARITO & FROST, P.C.

    The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

**DATED: July 2, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtor(s): April D. Robinson, Debtor(s)

Case no.: 22-14158

Caption of order: Order Cancelling and Discharging Judgment Lien Held by Einhorn, Harris, Ascher, Barbarito & Frost, PC

_____

1. That the judicial lien/judgment lien, held by Einhorn, Harris, Ascher, Barbarito & Frost, PC, against real property owned by the Debtor, April D. Robinson, located at 1021 Kenyon Avenue, Plainfield, New Jersey, 86 Grandview Avenue, North Plainfield, New Jersey and 106 West Cherry Street, Rahway, New Jersey, entered of record, in the Superior Court of New Jersey, Morris County, Law Division, as follows:

    a. Einhorn, Harris, Ascher, Barbarito & Frost, PC vs. April Robinson
        i. Judgment Creditor: Einhorn, Harris, Ascher, Barbarito & Frost, PC
        ii. Judgment No.: J 105336 13
        iii. Docket Number: L 000085 13
        iv. Judgment Enter Date: June 11, 2013
        v. Court: LCV
        vi. Venue-Id: Morris County
        vii. Action Type: Contract
        viii. Judgment Amount: $134,968.03 plus attorney fees, interest and court costs
        ix. Processing Location: Morris County
        x. Judgment Filing Date: May 24, 2013
        xi. Status Date: June 11, 2013

Page 3

Debtor(s): April D. Robinson, Debtor(s)

Case no.: 22-14158

Caption of order: Order Cancelling and Discharging Judgment Lien Held by Einhorn, Harris, Ascher, Barbarito & Frost, PC

_____

    xii. Filing Location: Morris County

    xiii. Judgment Status: Open

**be and is hereby discharged and cancelled.**

    2. The Clerk of the Superior Court, is authorized to cancel, release and/or remove this lien, from the judgment index.