UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on July 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

APRIL D. ROBINSON, DEBTOR

Case No.: 22-14158

Hearing Date: 7/2/2025 @ 10:00 A.M.

ORDER CANCELLING AND DISCHARGING
JUDGMENT LIEN HELD BY
NEW CENTURY FINANCIAL SERVICES
(FIRST JUDGMENT)

    The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

**DATED: July 2, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2
Debtor: April D. Robinson, Debtor(s)
Case no.: 22-14158
Caption of order: Order Cancelling and Discharging Judgment Lien Held by New Century Financial Services
_____

1. That the judicial lien/judgment lien held by New Century Financial Services, against real property owned by the Debtor, April D. Robinson, located at 1021 Kenyon Avenue, Plainfield, New Jersey, 86 Grandview Avenue, North Plainfield, New Jersey and 106 West Cherry Street, Rahway, New Jersey, entered of record in the Superior Court of New Jersey, Middlesex County, Special Civil Part, as follows:

    a. New Century Financial Services vs. April Robinson
        i. Judgment Creditor: New Century Financial Services
        ii. Judgment No.: DJ-069753-13
        iii. Docket/Case Number: DC 019517-12
        iv. Judgment Enter Date: April 9, 2013
        v. Court: SCP
        vi. Venue-Id: Middlesex County
        vii. Action Type: Contract
        viii. Judgment Amount: $2,261 plus counsel fees, interest and court costs
        ix. Judgment No.: MID VJ-001943-13
        x. Processing Location: Middlesex County
        xi. Judgment Filing Date: February 27, 2013
        xii. Status Date: April 9, 2013
        xiii. Filing Location: Middlesex County

**be and is hereby discharged and cancelled.**

Page 3

Debtor: April D. Robinson, Debtor(s)

Case no.: 22-14158

Caption of order: Order Cancelling and Discharging Judgment Lien Held by New Century Financial Services

_____

    2. The Clerk of the Superior Court is authorized to cancel, release and/or remove this lien from the judgment index.