```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)
```

**Order Filed on July 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

APRIL D. ROBINSON, DEBTOR

Case No.: 22-14158

Hearing Date: 7/2/2025 @ 10:00 A.M.

ORDER CANCELLING AND DISCHARGING
JUDGMENT LIEN HELD BY
NEW CENTURY FINANCIAL SERVICES, INC.
(SECOND JUDGMENT)

    The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

**DATED: July 3, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2
Debtor: April D. Robinson, Debtor(s)
Case no.: 22-14158
Caption of order: Order Cancelling and Discharging Judgment Lien Held by New Century Financial Services, Inc.
_____

1. That the judicial lien/judgment lien held by New Century Financial Services, Inc., against real property owned by the Debtor, April D. Robinson, located at 1021 Kenyon Avenue, Plainfield, New Jersey, 86 Grandview Avenue, North Plainfield, New Jersey and 106 West Cherry Street, Rahway, New Jersey, entered of record in the Superior Court of New Jersey, Somerset County, Special Civil Part, as follows:

    a. New Century Financial Services, Inc. vs. April Robinson
        i. Judgment Creditor: New Century Financial Services, Inc.
        ii. Judgment No.: DJ-057113-12
        iii. Docket/Case Number: DC 007057-11
        iv. Judgment Enter Date: March 13, 2012
        v. Court: SCP
        vi. Venue-Id: Somerset County
        vii. Action Type: Contract
        viii. Judgment Amount: $5,898.64 plus counsel fees, interest and court costs
        ix. Judgment No.: SOM VJ-000626-12
        x. Processing Location: Somerset County
        xi. Judgment Filing Date: February 1, 2012
        xii. Status Date: March 13, 2012
        xiii. Filing Location: Somerset County

**be and is hereby discharged and cancelled.**

Page 3

Debtor: April D. Robinson, Debtor(s)

Case no.: 22-14158

Caption of order: Order Cancelling and Discharging Judgment Lien Held by New Century Financial Services, Inc.

_____

    2. The Clerk of the Superior Court is authorized to cancel, release and/or remove this lien from the judgment index.