UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on July 2, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 22-14158 |
| | Hearing Date: 7/2/2025 @ 10:00 A.M. |
| APRIL D. ROBINSON, DEBTOR(S) | |

ORDER CANCELLING AND DISCHARGING JUDGMENT
LIEN HELD BY EINHORN, HARRIS, ASCHER,
BARBARITO & FROST, P.C.


The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

**DATED: July 2, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtor(s): April D. Robinson, Debtor(s)

Case no.: 22-14158

Caption of order: Order Cancelling and Discharging Judgment Lien

Held by Einhorn, Harris, Ascher, Barbarito & Frost, PC

_____

    1. That the judicial lien/judgment lien, held by Einhorn,
Harris, Ascher, Barbarito & Frost, PC, against real property
owned by the Debtor, April D. Robinson, located at 1021 Kenyon
Avenue, Plainfield, New Jersey, 86 Grandview Avenue, North
Plainfield, New Jersey and 106 West Cherry Street, Rahway, New
Jersey, entered of record, in the Superior Court of New Jersey,
Morris County, Law Division, as follows:

        a. Einhorn, Harris, Ascher, Barbarito & Frost, PC vs.
April Robinson

            i. Judgment Creditor: Einhorn, Harris, Ascher,
Barbarito & Frost, PC

            ii. Judgment No.: J 105336 13

            iii. Docket Number: L 000085 13

            iv. Judgment Enter Date: June 11, 2013

            v. Court: LCV

            vi. Venue-Id: Morris County

            vii. Action Type: Contract

            viii. Judgment Amount: $134,968.03 plus attorney
fees, interest and court costs

            ix. Processing Location: Morris County

            x. Judgment Filing Date: May 24, 2013

            xi. Status Date: June 11, 2013

Page 3

Debtor(s): April D. Robinson, Debtor(s)

Case no.: 22-14158

Caption of order: Order Cancelling and Discharging Judgment Lien

Held by Einhorn, Harris, Ascher, Barbarito & Frost, PC

_____

                xii. Filing Location: Morris County

                xiii. Judgment Status: Open

**be and is hereby discharged and cancelled.**

    2. The Clerk of the Superior Court, is authorized to cancel,

release and/or remove this lien, from the judgment index.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 22-14158-MEH

April D Robinson                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                Page 1 of 2

Date Rcvd: Jul 02, 2025                       Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:

| Recip ID | Recipient Name and Address |
|---|---|
| db | + April D Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |

TOTAL: 1

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2025                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Herbert B. Raymond | on behalf of Debtor April D Robinson herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |

District/off: 0312-2                          User: admin                                        Page 2 of 2
Date Rcvd: Jul 02, 2025                       Form ID: pdf903                                 Total Noticed: 1

Marie-Ann Greenberg
                        magecf@magtrustee.com

Nathalie Rodriguez
                        on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust
                        Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc
                        nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Sherri R. Dicks
                        on behalf of Creditor The Bank of New York Mellon Trust Company sdicks@raslg.com  shrdlaw@hotmail.com

Sherri R. Dicks
                        on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust
                        Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc
                        sdicks@raslg.com, shrdlaw@hotmail.com

Sindi Mncina
                        on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust
                        Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc
                        smncina@raslg.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10