UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on July 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

APRIL D. ROBINSON, DEBTOR

Case No.: 22-14158

Hearing Date: 7/2/2025 @ 10:00 A.M.

ORDER CANCELLING AND DISCHARGING
JUDGMENT LIEN HELD BY
NEW CENTURY FINANCIAL SERVICES
(FIRST JUDGMENT)

    The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

**DATED: July 2, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2
Debtor: April D. Robinson, Debtor(s)
Case no.: 22-14158
Caption of order: Order Cancelling and Discharging Judgment Lien Held by New Century Financial Services
_____

1. That the judicial lien/judgment lien held by New Century Financial Services, against real property owned by the Debtor, April D. Robinson, located at 1021 Kenyon Avenue, Plainfield, New Jersey, 86 Grandview Avenue, North Plainfield, New Jersey and 106 West Cherry Street, Rahway, New Jersey, entered of record in the Superior Court of New Jersey, Middlesex County, Special Civil Part, as follows:

    a. New Century Financial Services vs. April Robinson
        i. Judgment Creditor: New Century Financial Services
        ii. Judgment No.: DJ-069753-13
        iii. Docket/Case Number: DC 019517-12
        iv. Judgment Enter Date: April 9, 2013
        v. Court: SCP
        vi. Venue-Id: Middlesex County
        vii. Action Type: Contract
        viii. Judgment Amount: $2,261 plus counsel fees, interest and court costs
        ix. Judgment No.: MID VJ-001943-13
        x. Processing Location: Middlesex County
        xi. Judgment Filing Date: February 27, 2013
        xii. Status Date: April 9, 2013
        xiii. Filing Location: Middlesex County

**be and is hereby discharged and cancelled.**

Page 3

Debtor: April D. Robinson, Debtor(s)

Case no.: 22-14158

Caption of order: Order Cancelling and Discharging Judgment Lien Held by New Century Financial Services

_____

    2. The Clerk of the Superior Court is authorized to cancel, release and/or remove this lien from the judgment index.

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 22-14158-MEH
April D Robinson                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                                Page 1 of 2
Date Rcvd: Jul 02, 2025                     Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

**Recip ID**            **Recipient Name and Address**
db                   +   April D Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2025                            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Herbert B. Raymond | on behalf of Debtor April D Robinson herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 02, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Nathalie Rodriguez
    on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Sherri R. Dicks
    on behalf of Creditor The Bank of New York Mellon Trust Company sdicks@raslg.com  shrdlaw@hotmail.com

Sherri R. Dicks
    on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc sdicks@raslg.com, shrdlaw@hotmail.com

Sindi Mncina
    on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10