| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | April D Robinson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6296<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   22-14158-TBA | | |

# Order of Discharge                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  April D Robinson

<u>8/5/25</u>                                                                                        **By the court:** MARK E HALL
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14158-TBA |
| April D Robinson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 05, 2025 | Form ID: 3180W | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April D Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519644873 | + | Constance Eason, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519621146 | + | Einhorn, Harris Ascher Barbarito Frost, Ironson, PC, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621148 | + | Einhorn,Harris Ascher Barbarito Frost PC, PO Box 310, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621150 | + | Einhorn,Harris, Asher, Barbaritto, Frost, PO Box 3010, Denville, NJ 07834-3010 |
| 519621151 | + | Federal Loan Service, P0 Box 69184, Harrisburg, PA 17106-9184 |
| 519644874 | + | Georgia Brown, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519644875 | + | Joy Robinson, 1021 Kenyon Avenue, Plainfield, NJ 07060-2805 |
| 519621171 | + | PHH Mortgage, PO Box 13891, Philadelphia, PA 19162-0001 |
| 519621172 | | PHH Mortgage, 1500 Commerce Parkway, Mount Laurel, NJ 08054 |
| 519621179 | | PHH Mortgage Services Inc., PO Box 5424, Mount Laurel, NJ 08054 |
| 519621188 | + | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519621187 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519621189 | | Rocket Mortgage / Quicken Loans, 1050 Woodland Avenue, Detroit, MI 48226 |
| 519659133 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519621192 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519621198 | | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 519621196 | + | Stark & Stark, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519621199 | | Stark & Stark ESQ, PO Box 5315, Princeton, NJ 08543-5315 |
| 519621200 | + | Stark & Stark PC, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519671333 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Frenkel Lambert et al, 53 Gibson St, Bay Shore, NY 11706-8369 |
| 519621205 | + | US Department Of Education, PO Box 81404, Atlanta, GA 30366-1404 |
| 519621208 | + | US Department of Education, National Payment Center, PO Box 4142, Greenville, TX 75403-4142 |
| 519621204 | + | US Department of Education, National Payment Center, PO Box 4169, Greenville, TX 75403-4169 |
| 519621207 | + | Us Department of Education, PO Box 41309, Nashville, TN 37204-1309 |
| 519621209 | + | Wardlaw Hartridge School, 1295 Inman Avenue, Edison, NJ 08820-1028 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 05 2025 21:02:00 | The Bank of New York Mellon Trust Company, Nationa, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 05, 2025 | Form ID: 3180W | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 519621136 | + | EDI: BANKAMER | | 07004-2927 |
| | | | Aug 06 2025 00:51:00 | BAC Home Loan, PO Box 650070, Dallas, TX 75265-0070 |
| 519621137 | + | EDI: BANKAMER | | |
| | | | Aug 06 2025 00:51:00 | BAC Home Loan Servicing, PO Box 650070, Dallas, TX 75265-0070 |
| 519621140 | + | EDI: BANKAMER | | |
| | | | Aug 06 2025 00:51:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519621138 | + | EDI: BANKAMER | | |
| | | | Aug 06 2025 00:51:00 | Bank of America, P0 Box 30610, Los Angeles, CA 90030-0610 |
| 519621139 | + | EDI: BANKAMER2 | | |
| | | | Aug 06 2025 00:51:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| 519621141 | + | EDI: LCIBAYLN | | |
| | | | Aug 06 2025 00:51:00 | Bayview Loan Servicing, 4425 Ponce De Leon Blvd., 5th Floor, Miami, FL 33146-1837 |
| 519621142 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | | |
| | | | Aug 05 2025 21:04:00 | Bayview Loan Servicing, 62516 Collection Center Drive, Chicago, IL 60693-0001 |
| 519621143 | | EDI: CAPITALONE.COM | | |
| | | | Aug 06 2025 00:51:00 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519621145 | + | EDI: CAPITALONE.COM | | |
| | | | Aug 06 2025 00:51:00 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519621153 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 05 2025 21:03:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519621156 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 05 2025 21:03:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 519621154 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 05 2025 21:03:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519621155 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 05 2025 21:03:00 | Midland Funding, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621159 | + | EDI: MAXMSAIDV | | |
| | | | Aug 06 2025 00:51:00 | Navient, P0 Box 9635, Wilkes Barre, PA 18773-9635 |
| 519621166 | + | Email/PDF: bankruptcy@ncfsi.com | | |
| | | | Aug 05 2025 21:06:40 | New Century Financial, 110 S Jefferson Rd Ste 1, Whippany, NJ 07981-1038 |
| 519621160 | + | Email/PDF: bankruptcy@ncfsi.com | | |
| | | | Aug 05 2025 21:07:25 | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621173 | + | EDI: LCIPHHMRGT | | |
| | | | Aug 06 2025 00:51:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621174 | + | EDI: LCIPHHMRGT | | |
| | | | Aug 06 2025 00:51:00 | PHH Mortgage, 1661 Worthington Rd, West Palm Beach, FL 33409-6488 |
| 519646762 | | EDI: LCIPHHMRGT | | |
| | | | Aug 06 2025 00:51:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 519621178 | + | EDI: LCIPHHMRGT | | |
| | | | Aug 06 2025 00:51:00 | PHH Mortgage Services, 1661 Worthington Road, West Palm Beach, FL 33409-6488 |
| 519621181 | | EDI: PRA.COM | | |
| | | | Aug 06 2025 00:51:00 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519621180 | | EDI: PRA.COM | | |
| | | | Aug 06 2025 00:51:00 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519621182 | | EDI: PRA.COM | | |
| | | | Aug 06 2025 00:51:00 | Portfolio Recovery, P0 Box 41067, Norfolk, VA 23541 |
| 519621167 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Aug 05 2025 21:02:00 | New Century Financial, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519621168 | | Email/Text: signed.order@pfwattorneys.com | | |

Case 22-14158-TBA    Doc 128    Filed 08/07/25    Entered 08/08/25 00:16:21    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 05, 2025 | Form ID: 3180W | Total Noticed: 67 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 05 2025 21:02:00 | New Century Financial, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621183 | | Email/Text: signed.order@pfwattorneys.com | Aug 05 2025 21:02:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519621184 | | Email/Text: signed.order@pfwattorneys.com | Aug 05 2025 21:02:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519621185 | | Email/Text: signed.order@pfwattorneys.com | Aug 05 2025 21:02:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 519621186 | | Email/Text: signed.order@pfwattorneys.com | Aug 05 2025 21:02:00 | Pressler And Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519621193 | | Email/Text: EBN@seliplaw.com | Aug 05 2025 21:03:00 | Selip and Stylianou, 199 Crossways Park Drive, Woodbury, NY 11797 |
| 519621190 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 05 2025 21:06:36 | Sallie Mae Bankruptcy, 220 Lasley Avenue, Wilkes Barre, PA 18706-1430 |
| 519621191 | | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 05 2025 21:06:59 | Sallie Mae Servicing, PO Box 4600, Wilkes Barre, PA 18773 |
| 519621194 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 05 2025 21:02:00 | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519621195 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 05 2025 21:02:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, P0 Box 10826, Greenville, SC 29603-0826 |
| 519621202 | ^ | MEBN | Aug 05 2025 20:58:03 | Stern & Eisenberg PC ESQ, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 520432980 | + | Email/Text: RASEBN@raslg.com | Aug 05 2025 21:02:00 | The Bank of New York Mellon Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519621206 | + | Email/Text: edbknotices@ecmc.org | Aug 05 2025 21:02:00 | US Department of Education, PO Box 530260, Atlanta, GA 30353-0260 |
| 519621203 | + | Email/Text: edbknotices@ecmc.org | Aug 05 2025 21:02:00 | US Department of Education, Atlanta Service Center, Atlanta Federal Center Tower, 61 Forsyth Street SW , Room 19T89, Atlanta, GA 30303-8928 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Bank of New York Mellon Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519621144 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519621147 | *+ | Einhorn, Harris Ascher Barbarito Frost, Ironson, PC, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621149 | *+ | Einhorn,Harris Ascher Barbarito Frost PC, PO Box 310, 168 East Main Street, Denville, NJ 07834-2651 |
| 519621152 | *+ | Federal Loan Service, P0 Box 69184, Harrisburg, PA 17106-9184 |
| 519621157 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621158 | *+ | Midland Funding Company, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 519621162 | *+ | New Century Financial, 110 S. Jefferson Rd., Suite 104, Whippany, NJ 07981-1038 |
| 519621161 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621163 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621164 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621165 | *+ | New Century Financial, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 519621176 | *+ | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621175 | *+ | PHH Mortgage, PO Box 13891, Philadelphia, PA 19162-0001 |
| 519621177 | *+ | PHH Mortgage LLC, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 519621169 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 05, 2025 | Form ID: 3180W | Total Noticed: 67 |

| | | |
|---|---|---|
| | | Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621170 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519621197 | *+ | Stark & Stark, 993 Lenxo Drive, Trenton, NJ 08648-2389 |
| 519621210 | *+ | Wardlaw Hartridge School, 1295 Inman Avenue, Edison, NJ 08820-1028 |
| 519621211 | *+ | Wardlaw Hartridge School LLC, 1295 Inman Avenue, Edison, NJ 08820-1028 |
| 519621201 | ##+ | Stern & Eisenberg P C, 1040 N Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 0 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-76, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-76 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Herbert B. Raymond | on behalf of Debtor April D Robinson herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nathalie Rodriguez | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| Sherri R. Dicks | on behalf of Creditor The Bank of New York Mellon Trust Company sdicks@raslg.com  shrdlaw@hotmail.com |
| Sherri R. Dicks | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc sdicks@raslg.com, shrdlaw@hotmail.com |
| Sindi Mncina | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Produc smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 5 of 5
Date Rcvd: Aug 05, 2025 Form ID: 3180W Total Noticed: 67
TOTAL: 10